E-filing

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

### Northern District of California

| | |
|---|---|
| ADVICE COMPANY, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| JAMES NOVAK, et al. | ) |
| Defendant | ) |

CV 08

JCS

1951

**Summons in a Civil Action**

To:    ATTORNEY YELLOW PAGES.COM, LLC

*(Defendant's name)*

A lawsuit has been filed against you.

Within   20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PERRY IP GROUP A LAW CORPORATION
E. LYNN PERRY
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:    APR 1 4 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

1  PERRY IP GROUP A LAW CORPORATION
   E. LYNN PERRY (SBN 115165)
2  Four Embarcadero Center, 39th Floor
   San Francisco, CA 94111
3  Telephone:    415.398.6300
   Facsimile:    415.398.6306
4  Email: lperry@perryip.com

5
   ADVOCATE LAW GROUP P.C.
6  Gerry H. Goldsholle (SBN 154604)
   2330 Marinship Way, Suite 121
7  PO Box 835
   Sausalito, CA 94966-0835
8  415-331-4350

9
   Attorneys for Plaintiff,
10 ADVICE COMPANY

11

12              UNITED STATES DISTRICT COURT

13       FOR THE NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15 ADVICE COMPANY, a California        )  Case No.:  CV 08-01951 JCS
   corporation,                        )
16                                      )  **DECLARATION OF TIM YANCY IN**
                                        )  **SUPPORT OF SERVICE OF PROCESS**
17              Plaintiff,              )
                                        )
18        v.                            )
                                        )
19 JAMES NOVAK, an individual, and     )
   ATTORNEY YELLOW PAGES.COM, LLC,     )
20 an Arizona limited liability company, )
   and DOES 1-10,                      )
21                                      )
                                        )
22              Defendants.             )
   _____ )

23

24        I, Tim Yancy, declare that the following statements are made of my own knowledge, and, if

25 called as a witness, I could competently testify thereto:

26 1.        I am a licensed process server in Maricopa County, Arizona.  My work address is Arizona Quick

27 Serve located at 9393 N. 90th St. Ste 121, Scottsdale, AZ 85258.  I was instructed to serve a summons &

28

                              - 1 -

1 complaint entitled "ADVICE COMPANY, a California corporation, Plaintiff, v. JAMES NOVAK, an

2 individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and

3 DOES 1-10, Defendants" on James Novak, of 1838 S. Yucca St., Mesa Arizona 85202.

4 2.      On April 15, 2008, at approximately 6:05 p.m. I rang the gate door bell at 1838 S. Yucca St.,

5 Mesa, Arizona. A woman opened the entry door but was behind a security screen door and was not very

6 visible. I asked her for James Novak. She replied that he was there, but she asked what I had. I told her

7 I had legal documents.

8 3.      As she began to ask me more questions about the type of documents, a black sedan pulled into

9 the driveway of the house and the driver was opening the house's automatic garage door for entry of his

10 vehicle. I noticed a male driving the vehicle.

11 4.      I approached the vehicle at which time the window rolled down. I asked the driver if he was Mr.

12 Novak. He very quickly rolled up the window, seeming very nervous, and he said he is "Tom" and that I

13 had the wrong address, and he started to drive towards the open garage.

14 5.      At this time I believed that he was most likely James Novak and was lying to me so I placed the

15 papers under the windshield wipers and said that I was a process server and that he had been served. He

16 never got out of vehicle, and the vehicle went into the garage and the garage door closed behind it.

17 6.      I obtained an Arizona Drivers License picture of James Novak so I could compare the

18 photograph on it with the driver of the vehicle. The photograph on the license resembled the man I saw

19 driving the car and whom I served in the vehicle.

20 7.      Two sets of documents were served on James Novak, one set for him as an individual, and the

21 second set on James Novak as a managing agent of ATTORNEY YELLOW PAGES.COM

- 2 -

DECLARATION OF TIM YANCY IN SUPPORT OF SERVICE OF PROCESS

1  I declare under penalty of perjury that the foregoing statements are true.

2  Dated:   April 23, 2008                    Tim Yancy

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF TIM YANCY IN SUPPORT OF SERVICE OF PROCESS