UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADVICE COMPANY, a California corporation,

    Plaintiff(s),

v.

JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and

    Defendant(s).

No. C V 08-01951 (JCS)

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 5-1-08

Signature _____

Counsel for  Plaintiff
(Plaintiff, Defendant or indicate "pro se")