1  Dion N. Cominos (SBN: 136522)
2  Mark C. Russell (SBN: 208865)
3  GORDON & REES LLP
4  275 Battery Street, Suite 2000
5  San Francisco, CA 94111
6  Tel: 415-986-5900 | Fax: 415-986-8054

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVICE COMPANY | No. C 08-01951 JCS |
| Plaintiff, | |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| JAMES NOVAK, et al. | |
| Defendant. / | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 2, 2008                        /s/ Mark C. Russell
                                          Signature
                                          Mark C. Russell
                                          Counsel for Defendants:

                                          JAMES NOVAK and
                                          ATTORNEYYELLOWPAGES.COM, LLC

American LegalNet, Inc.
www.FormsWorkflow.com