1  Steven C. Schroer (*pro hac vice*)
   Nicholas T. Peters (*pro hac vice*)
2  Ted S. P. Li (*pro hac vice*)
   FITCH, EVEN, TABIN & FLANNERY
3  120 South LaSalle Street, Suite 1600
   Chicago, IL 60603
4  Telephone: 312-577-7000
   Facsimile:  312-577-7007
5  E-mail:   scschr@fitcheven.com
             ntpete@fitcheven.com
6            tli@fitcheven.com

7  Dion N. Cominos (SBN: 136522)
   Mark C. Russell (SBN: 208865)
8  GORDON & REES LLP
   275 Battery Street, Suite 2000
9  San Francisco, CA 94111
   Telephone:  415-986-5900
10 Facsimile: 415-262-3714
   E-mail:  dcominos@gordonrees.com
11           mrussell@gordonrees.com

12 Attorneys for Defendants,
   James Novak and Attorney Yellow Pages.com LLC
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADVICE COMPANY, a California corporation, | ) ) Case No. 3:08-CV-01951-JCS |
| Plaintiff, | ) ) |
| vs. | ) |
| JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and DOES 1-10, | ) **CERTIFICATION OF INTERESTED** ) **ENTITIES OR PERSONS** ) ) ) ) |
| Defendants. | ) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.  State Farm Fire and Casualty Company has an interest in this action based on its insurance policy with Defendant Attorney Yellow Pages.com LLC.

Respectfully submitted,

Dated: May 5, 2008

s/   Mark C. Russell
Steven C. Schroer (*pro hac vice*)
Nicholas T. Peters (*pro hac vice*)
Ted S. P. Li (*pro hac vice*)
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, IL  60603
Telephone:  312-577-7000
Facsimile:  312-577-7000

Dion N. Cominos (SBN: 136522)
Mark C. Russell (SBN: 208865)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415-986-5900
Facsimile:  415-262-3714

*Attorneys for Defendants,*
*James Novak and Attorney Yellow Pages.com*