Steven C. Schroer (*pro hac vice*)
Nicholas T. Peters (*pro hac vice*)
Ted S. P. Li (*pro hac vice*)
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, IL 60603
Telephone: 312-577-7000
Facsimile:  312-577-7007
E-mail:   scschr@fitcheven.com
          ntpete@fitcheven.com
          tli@fitcheven.com

Dion N. Cominos (SBN: 136522)
Mark C. Russell (SBN: 208865)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415-986-5900
Facsimile:  415-262-3714
E-mail:  dcominos@gordonrees.com
         mrussell@gordonrees.com

Attorneys for Defendants,
James Novak and Attorney Yellow Pages.com LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADVICE COMPANY, a California corporation,<br><br>        Plaintiff,<br>   vs.<br><br>JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and DOES 1-10,<br>        Defendants. | Case No. 3:08-CV-01951-JCS<br><br>**NOTICE OF MOTION AND DEFENDANTS' MOTION TO DISMISS OR TRANSFER**<br><br>Date:  June 13, 2008<br>Time: 9:30 a.m.<br>Room: A<br>Judge: Hon. Joseph C. Spero<br><br>Complaint Filed: April 11, 2008 |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 9:30 a.m. on June 13, 2008, or as soon thereafter as counsel may be heard in the above-entitled court, Courtroom A, located at 450 Golden Gate Avenue, San Francisco, California, Defendants James Novak and Attorney Yellow Pages.com, LLC, by and through their attorneys of record, will appear before the Honorable Joseph C. Spero, or any other judge as may be holding court in his absence, and then and there present Defendants' Motion to Dismiss or Transfer.

Defendants will move the Court to: (1) dismiss this action against James E. Novak and Attorney Yellow Pages.com, LLC pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of personal jurisdiction; (2) dismiss this action against James E. Novak and Attorney Yellow Pages.com, LLC pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure for improper venue; and (3) alternatively, to transfer this action to the District of Arizona, pursuant to 28 U.S.C. §1404(a), in the interests of justice and the convenience of the parties.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities with attached exhibits filed herewith, and upon such other oral and documentary evidence as may be presented at the hearing of this motion.

**PLEASE TAKE FURTHER NOTICE that Defendants request oral argument**; and

PLEASE TAKE FURTHER NOTICE that at the time and place aforesaid, Defendants will request that the proposed form of Order submitted herewith be entered by the Court.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated:   May 5, 2008 | s/   Mark C. Russell |

Steven C. Schroer (*pro hac vice*)
Nicholas T. Peters (*pro hac vice*)
Ted S. P. Li (*pro hac vice*)
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, IL  60603
Telephone:  312-577-7000
Facsimile:  312-577-7000

Dion N. Cominos (SBN: 136522)
Mark C. Russell (SBN: 208865)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415-986-5900
Facsimile:  415-262-3714

*Attorneys for Defendants,*
*James Novak and Attorney Yellow Pages.com*

508412

NOTICE OF MOTION AND DEFENDANTS' MOTION TO DISMISS OR TRANSFER
Case No. 3:08-CV-0195-JCS

3