UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAY -6 AM 8:30

ADVICE COMPANY, a California corporation,
    Plaintiff,

vs.

JAMES NOVAK, an individual, and
ATTORNEY YELLOW PAGES.COM, LLC, an
Arizona limited liability company, and DOES 1-10,
    Defendants.

Case No. 2:08-CV-01951-JCS

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Nicholas T. Peters, an active member in good standing of the bar of USDC for the Northern District of Illinois whose business address and telephone number is FITCH, EVEN, TABIN & FLANNERY, 120 South LaSalle Street, Suite 1600, Chicago, Illinois 60603, (312) 577-7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants James Novak and Attorney Yellow Pages.com, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon the communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/5/06

United States Magistrate Judge
Joseph C. Spero

1