FILED
2008 MAY -6 AM 8:30
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADVICE COMPANY, a California corporation,

Plaintiff,

vs.

JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and DOES 1-10,

Defendants.

Case No. 2:08-CV-01951-JCS

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Ted S. P. Li, an active member in good standing of the Supreme Court of the State of Illinois and USDC for the Northern District of Illinois whose business address and telephone number is FITCH, EVEN, TABIN & FLANNERY, 120 South LaSalle Street, Suite 1600, Chicago, Illinois 60603, (312) 577-7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants James Novak and Attorney Yellow Pages.com, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon the communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/5/08

United States Magistrate Judge
Joseph C. Spero

1