Nicholas T. Peters
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, IL 60603
Telephone: 312-577-7000
Facsimile: 312-577-7007

FILED
08 MAY -2 PM 3:30

BY FAX

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ADVICE COMPANY, a California corporation,

    Plaintiff,

vs.

JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and DOES 1-10,

    Defendants.

Case No. 2:08-CV-01951-JCS

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Nicholas T. Peters, an active member in good standing of the bar of USDC for the Northern District of Illinois (admitted December of 2003), hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing James Novak and Attorney Yellow Pages.com, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

1

1  familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Dion N. Cominos (SBN 136522)
> Mark C. Russell (SBN 208865)
> GORDON & REES LLP
> 275 Battery Street, Suite 2000
> San Francisco, CA 94111
> Telephone: 415-986-5900
> Facsimile: 415-262-3714

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2008

Nicholas T. Peters

2

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018774
Cashier ID: almaceh
Transaction Date: 05/02/2008
Payer Name: ONE LEGAL INC
------------------------------------
PRO HAC VICE
 For: M T PETERS
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 3015354
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-1951 JCS


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```