1  Ted S. P. Li
   FITCH, EVEN, TABIN & FLANNERY
2  120 South LaSalle Street, Suite 1600
   Chicago, IL 60603
3  Telephone: 312-577-7000
   Facsimile: 312-577-7007
4



FILED
08 MAY -2 PM 3:27
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADVICE COMPANY, a California corporation, )
                                          ) Case No. 2:08-CV-01951-JCS
        Plaintiff,                        )
                                          )
vs.                                       )
                                          ) APPLICATION FOR ADMISSION
JAMES NOVAK, an individual, and           ) OF ATTORNEY *PRO HAC VICE*
ATTORNEY YELLOW PAGES.COM, LLC, an )
Arizona limited liability company, and DOES 1- )
10,                                       )       BY FAX
                                          )
        Defendants.                       )

    Pursuant to Civil L.R. 11-3, Ted S. P. Li, an active member in good standing of the Supreme Court of the State of Illinois (admitted November 6, 2003) and USDC for the Northern District of Illinois (admitted July 30, 2004), hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing James Novak and Attorney Yellow Pages.com, LLC in the above-entitled action.

    In support of this application, I certify on oath that:

    1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Dion N. Cominos (SBN 136522)
> Mark C. Russell (SBN 208865)
> GORDON & REES LLP
> 275 Battery Street, Suite 2000
> San Francisco, CA 94111
> Telephone: 415-986-5900
> Facsimile: 415-262-3714

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/2/2008          Ted /SPL.
                         Ted S. P. Li

2

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018776
Cashier ID: almaceh
Transaction Date: 05/02/2008
Payer Name: ONE LEGAL INC
--------------------------------
PRO HAC VICE
 For: TED LI
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
--------------------------------
CHECK
 Check/Money Order Num: 3015355
 Amt Tendered:  $210.00
--------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-1951 JCS


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```