1  PERRY IP GROUP A LAW CORPORATION
   E. Lynn Perry (SBN 115165)
2  Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
3  Telephone: (415) 398-6300
4  Facsimile: (415) 398-6306
   Email: lperry@perryip.com
5
   ADVOCATE LAW GROUP P.C.
6  Gerry H. Goldsholle (SBN 154604)
7  2330 Marinship Way, Suite 121
   P.O. Box 835
8  Sausalito, California 94966
   Telephone: (415) 331-4350
9
   Attorneys for Plaintiff
10 ADVICE COMPANY

11              IN THE UNITED STATES DISTRICT COURT
12
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN FRANCISCO DIVISION
14

| ADVICE COMPANY, a California corporation, | Case No. CV 08 1951 JCS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE, AND RESCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS OR TRANSFER AND CASE MANAGEMENT CONFERENCE |
| v. | |
| JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited libility company, and DOES 1-10, | |
| Defendants. | |

23
24      The Parties hereby stipulate that the briefing schedule concerning Defendants' motion to
25 dismiss or transfer, filed on May 5, 2008, will be extended as follows:
26      Plaintiff's opposition brief will be due on June 13, 2008.
27      Defendants' reply brief, if any, will be due on June 27, 2008.
28 The reason for this stipulation is that Plaintiff's counsel will be out of the country.

Given the Court's calendar, as communicated by Karen L. Hom on May 13, 2008, the parties further stipulate that the hearing on Defendants' motion to dismiss or transfer will be rescheduled for Friday, July 25, 2008, at 9:30 a.m.

In light of the above, the Parties further stipulate that the initial Case Management Conference will be rescheduled for Friday, August 22, 2008, at 1:30 p.m. Accordingly, the Parties will meet and confer pursuant to FRCP 26(f) and ADR L.R. 3-5, and file their Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference, no later than August 4, 2008, and the Parties will complete initial disclosures and file their Rule 26(f) Report and Case Management Statement no later than August 15, 2008.

Dated: May 13, 2008

Respectfully submitted,

PERRY IP GROUP A LAW CORPORATION

By: _____
      E. Lynn Perry

Attorneys for Plaintiff
ADVICE COMPANY


FITCH, EVEN, TABIN & FLANNERY

By: _____
      Ted Li

Attorneys for Defendants
JAMES NOVAK and
ATTORNEY YELLOW PAGES.COM

## [PROPOSED] ORDER

The Parties have stipulated that Plaintiff's opposition brief will be due on June 13, 2008, and that Defendants' reply brief, if any, will be due on June 27, 2008. The Parties have further stipulated that the hearing on Defendants' motion to dismiss or transfer will rescheduled for Friday, July 25, 2008, at 9:30 a.m. The Parties have further stipulated that the initial Case Management Conference will be rescheduled for Friday, August 22, 2008, at 1:30 p.m., and that corresponding deadlines will be reset accordingly.

Good cause appearing therefore:

IT IS SO ORDERED.

Dated:

_____
The Honorable Joseph C. Spero