PERRY IP GROUP A LAW CORPORATION
E. LYNN PERRY (SBN 115165)
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:    415.398.6300
Facsimile:    415.398.6306
Email: lperry@perryip.com

ADVOCATE LAW GROUP P.C.
Gerry H. Goldsholle (SBN 154604)
2330 Marinship Way, Suite 121
PO Box 835
Sausalito, CA 94966-0835
Telephone:    415-331-4350
Facsimile:    415-331-4256
Email:        gerry@advocatelawgroup.com
Attorneys for Plaintiff,
ADVICE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVICE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and DOES 1-10,<br><br>Defendants. | Case No.: CV 08-01951 JCS<br><br>**DECLARATION OF NICOLA A. FRASER IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER** |

I, Nicola A. Fraser, declare that the following statements are made of my own knowledge, and, if called as a witness, I could competently testify thereto:

- 1 -

DECLARATION OF NICOLA A. FRASER IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER
CV 08-01951 JCS

1. I am an employee in the Client Services unit of Advice Company, Plaintiff herein. The Client Services unit is designed to provide clients with services including, but not limited to: updating client records, verifying professional credentials, processing client payments, and supporting our sales personnel.

2. On or about May 18, 2008, and again on June 4, 2008 I reviewed the website located at the domain www.AttorneyYellowPages.com ("Defendants' Website"), which I understand is operated by the Defendants herein.

3. On each visit, I saw that many advertisements are published on Defendant's Website. Among these ads on May 18, 2007, I observed a square advertisement for an immigration law firm (the "Immigration Ad"). The Immigration Ad appeared to be of the type placed on Defendants' Website by Defendants, rather than an ad published as part of a web portal's advertising program, e.g. Google Inc.

4. I clicked on the Immigration Ad. It, in turn, was hyperlinked to a webpage at www.eimmigration.org, which appears to be the home page for the Law Office of Brian D. Lerner, a Professional Law Corporation whose corporate offices are stated to be located in Long Beach, California and Torrance, California. Attached as **Exhibit 11** is a true and correct copy of Attorney Lerner's home page that I accessed through a link on Defendants' Website and printed on May 18, 2008.

5. On June 4, 2008 I returned to the Defendants' Website in an effort to print out the Immigration Ad; however, I could not find it, and the Defendants appear to have removed it from their website.

6. On each visit, I noted that there are a number of pages on the Defendants' Website that contain alphabetical listings of California attorneys and law firms. On May 17 and 18, 2008, and again on June 4, 2008, I counted the number of such listings. The Defendants' Website lists 24 different legal topics for California, including, for example, "Immigration Law." Each of the legal topics alphabetically

lists 10 to 706 California attorneys and law firms. In all, there are 472 pages of California attorneys and law firms on Defendants' website.

7. I have prepared and attach as **Exhibit 12** a chart that shows by topic the number of California attorney listings and California-related web pages appearing on Defendants' Website as of June 4, 2008.

8. When I did similar counts for Arizona the same day, there were 1923 fewer listings of Arizona attorneys and law firms on Defendants' Website than there were listings of California attorneys and law firms.

9. On each of the 472 pages of California attorneys and law firms listed on Defendants' Website there is at least one Google AdSense box that contains from one to five advertisements. When any such ad is viewed from California, it primarily displays links to websites of California lawyers, law firms, legal services providers and/or legal marketing firms. A true and correct copy of a printout of a typical page of Defendants' Website listing California lawyers is attached as **Exhibit 13**.

10. The Defendants' Website also contains a Google Custom Search box, so that when a visitor enters a search term (such as "Sausalito Accident Lawyer"), the results display both paid advertisements and general search results in a page that contains the look and feel of Defendants' Website. A true and correct copy of such a page is attached as **Exhibit 14**.

11. It is my understanding that Mountain View, California-based Google, under its AdSense program, matches ads to the content of one's site, and the owner of the site earns money whenever

//
//
//
//

- 3 -

visitors click on the ads Google has placed on the site. Based on my understanding, when California residents visit Defendants' Website and click on an ad in a Google AdSense box or a page displayed from Google Custom Search, Defendants receive compensation from Google.

I declare under penalty of perjury that the foregoing statements are true.

Dated: June 12, 2008

                                                   NICOLA A. FRASER

# EXHIBIT 11

Untitled Document

http://www.eimmigration.org/test3right.html

# Welcome to our Full Service U.S. Immigration Law Firm

**Sign up for Our Email Immigration Newsletter**

Email: _____ [Go]

Privacy by SafeSubscribe℠
For Email Marketing you can trust

[Attorney Consultation - Click Here]

- Attorney Certified Specialist in Immigration and Nationality Law
- Firm processes cases in every area of Immigration
- Member of American Immigration Lawyers Association
- Admitted to the United States Supreme Court and the U.S. 11th, 10th, 9th, 8th, 6th, 5th, 4th, 3rd, 2nd and 1st Circuits Court of Appeal
- We prepare appeals for all immigration cases all over the U.S.
- Immigration articles published for thousands of readers
- Firm has done ONLY Immigration Cases for over a decade
- Clients from across the U.S. and around the world
- Trusted Member of the Better Business Bureau
- Deportation/Removal/Appeal Representation all over the U.S.
- All types of business visas and family visas
- Strong track record of success
- We will give realistic and valid solutions for your immigration problems
- Our firm handles the difficult cases

## Call us at 866-495-0554

Copyright © 2007 Law Office of Brian D. Lerner, A Professional Corporation. All rights reserved.

Untitled Document                                                    http://www.eimmigration.org/test3left.html

Attorney Consultation

Client 24/7 Case Login

Immigration Blogger

Subscribe to Immigration Articles

Current Article

Languages

Government Links

Consultation

Recent Wins

Pictures of our Office and Staff

Down or Monthly Payment

About Us

Deportation

Directions

Perm

Battered Spouses

Asylum

Visas

Green Card

Residency

Citizenship

Services

**LAW OFFICES OF**
**BRIAN D. LERNER**
A PROFESSIONAL CORPORATION



TOLL-FREE (866) 495-0554



**Corporate Offices**
249 E. Ocean Blvd.
Suite 408
Long Beach, CA 90802
(562) 495-0554



**South Bay Offices**
3460 Torrance Blvd.
Suite 302
Torrance, CA 90503
(310) 792-3828

**917844**

People who Visited Site

# EXHIBIT 12

| | A | B | C | D |
|---|---|---|---|---|
| 1 | California (24 Topics) | Number of Listings | Number of Attorneys and/or Firms Listed | Number of Web Pages |
| 2 | Accident - Auto, Motorcycle, Truck Injury | 705 | 705 | 36 |
| 3 | Accident - Injury | 706 | 706 | 36 |
| 4 | Bankruptcy Law | 166 | 166 | 9 |
| 5 | Business - Contract Law | 176 | 176 | 9 |
| 6 | Criminal - Drug Charge | 494 | 494 | 25 |
| 7 | Criminal - Sex Crimes | 494 | 494 | 25 |
| 8 | Criminal Defense | 493 | 493 | 25 |
| 9 | Divorce, Domestic Law | 182 | 182 | 10 |
| 10 | DUI/DWI | 496 | 496 | 25 |
| 11 | Eminent Domain, Zoning Law | 560 | 560 | 28 |
| 12 | Employment & Labor Law | 12 | 12 | 1 |
| 13 | Estate Planning, Probate, Wills | 382 | 382 | 20 |
| 14 | Family Law, Child Support, Custody | 182 | 182 | 10 |
| 15 | Immigration Law | 10 | 10 | 1 |
| 16 | Insurance Law | 705 | 705 | 36 |
| 17 | Medical Malpractice | 704 | 704 | 36 |
| 18 | Nursing Home, Elder Abuse | 705 | 705 | 36 |
| 19 | Patents, Copyrights, Trademarks | 10 | 10 | 1 |
| 20 | Pharmaceutical Drug Recalls | 705 | 705 | 36 |
| 21 | Real Estate Law | 559 | 559 | 28 |
| 22 | Tax Law | 10 | 10 | 1 |
| 23 | Social Security | 10 | 10 | 1 |
| 24 | Workers' Compensation | 10 | 10 | 1 |
| 25 | Wrongful Death | 704 | 704 | 36 |
| 26 | TOTAL | 9180 | 9180 | 472 |

# EXHIBIT 13

# Attorney Yellow Pages.com®
### The Nation's Premier Online Attorney Directory




**Search For**

Lawyer or Firm (Last Name)

Area of Law *
All Areas of Law

City or ZIP

State *

[search]

* Required field

---

Ads by Google

**Auto Accident Settlement**
How Much is Your Auto Accident Case Worth? Auto Accident Case Info
www.Totalinjury.com

**Personal Injury Lawyer**
Free Consultation - Toll Free Call Great financial results since 1978
www.davesmithlaw.com

**Find a Lawyer - Free**
Free, Confidential Lawyer Locator. Save Time - Describe Your Case Now!
www.LegalMatch.com

**Warren Danz**
Springfield personal injury lawyer Attorney at law
WarrenDanz.net

**Personal Injury Attorney**
Accident injury in Greenville. You don't pay until you win!
www.TruckCrashAtty.com

---

## California » Accident - Injury

[                    ] [Search]

Google Custom Search

**Injury Lawyer Santa Rosa**
See a Skilled Personal Injury Attorney About Injury Compensation.

**Divorce San Diego**
Divorce Lawyers - San Diego Divorce Filing in San Diego

Ads by Google

**Attorneys Listed Alphabetically**                               Showing 1-21 of 706 | Previous | Next

---

**Abbott, Douglas J**
4962 el Camino Real Ste 235
Los Altos Hills, CA 94022                                         Phone: (650) 967-1004

**Aberle, Douglas**
8383 Wilshire Boulevard
Beverly Hills, CA 90211                                           Phone: (323) 655-1101

**Abramson, Bill**
17 Buchanan Street
Quincy, CA 95971                                                  Phone: (530) 283-2410

**Accident & Injury Help Line**
4370 La Jolla Village Drive
San Diego, CA 92122                                               Phone: (888) 334-4529

**Accident Law Center**
401 West A, Suite, 1615
San Diego, CA 92101                                               Phone: (619) 955-9440

**Adams, Jon P**
7555 North Del Mar Avenue
Fresno, CA 93711                                                  Phone: (559) 446-1700

**Adams, Yvette**
2020 Coffee Road Ste 12
Modesto, CA 95355                                                 Phone: (209) 578-0900

**Aguirre, Cory**
1235 Harbor Boulevard
Fullerton, CA 92832                                               Phone: (714) 773-0992

**Ahafeldt, Bruce L**
1005 Jefferson Street
Napa, CA 94559                                                    Phone: (704) 224-6547

**Airola, John**
8864 Greenback Lane
Orangevale, CA 95662                                              Phone: (916) 988-6004

**Ajlouny, Laura**
120 Montgomery Street
San Francisco, CA 94104                                           Phone: (415) 392-8740

**Akubuilo, Jude**
8501 Wilshire Boulevard
Beverly Hills, CA 90211                                           Phone: (310) 358-7464

**Aldaco, Steve**
27247 Madison Avenue
Temecula, CA 92590                                                Phone: (951) 296-0579

**Alexander, Mark**
1500 Street
Modesto, CA 95354                                                 Phone: (209) 577-1646

**Allen, James G**
28310 Roadside Drive
Agoura Hills, CA 91301                                            Phone: (818) 735-7000

**Allin, Jon S**
1545 River Park Drive
Sacramento, CA 95815                                              Phone: (916) 925-6000

**Alvarez, John**
2007 West Hedding Street
San Jose, CA 95128                                                Phone: (408) 246-5500

**Anderson, Don A**
485 Main Street
Lakeport, CA 95453                                                Phone: (704) 263-1775

**Andrade, Steven R**
211 Equestrian Avenue
Santa Barbara, CA 93101                                           Phone: (805) 962-4944

**Andreesen, Joel T**
2020 Eye Street
Bakersfield, CA 93301                                             Phone: (661) 323-1400

                                                                  Showing 1-21 of 706 | Previous | Next

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z all

---



Home | Advertise With Us | Terms and Conditions | Privacy Policy | Disclaimer | Copyright Notice | About Us | Site Map | Google | Law Schools | Crossword Puzzle | The Law Store | Legal Form Center | LawWeb TV.com | Google Search

attorneyyellowpages.com © 2006 - 2008 AttorneyYellowPages.com, LLC. all rights reserved.        View Page/Site Info
Arizona Web Design: BBB Systems, llc

# EXHIBIT 14




# Attorney Yellow Pages.com®
The Nation's Premier Online Attorney Directory

**Search For**
Lawyer or Firm (Last Name)
Area of Law* — All Areas of Law
City or ZIP
State*       [search]
* Required field

**Ads by Google**
**Can I Sue for Accident?**
Accident-Injury-Group.com — Do you have a case? Free accident & injury case evaluation by lawyer.
**Accident Attorneys**
www.Totalinjury.com — Aggressive Accident Attorneys Get the Settlement You Deserve
**Accident Lawyer**
GJEL.com/Accident-Lawyer — Free consultation! Talk to a lawyer today about your accident.
**Know Your Legal Rights**
www.InjuryHelpLineAttorney.com — Time Maybe Running Out. Contact An Accident Lawyer For Free Consult

Results 1 - 10 for sausalito accident lawyer with Safesearch on. (1.37 seconds)

Google™ Custom Search

**Sausalito Personal Injury -- Plaintiff Lawyer, Attorney, Lawyers ...**
Find a good Sausalito Personal Injury -- Plaintiff Attorney, Lawyer, Law Firm. Compare profiles & credentials. Read in-depth research for free.
lawyers.findlaw.com/lawyer/firm/Personal-Injury---Plaintiff/Sausalito/California

**Car Accident Attorneys California | Personal Injury Lawyers San ...**
The law firm of Kurlander & Burton provides workers' compensation and premises liability law legal services to the San Francisco area.
www.kurlanderburtonlaw.com/

**Man Killed in Truck Accident in Sausalito :: Northern California ...**
Man Killed in Truck Accident in Sausalito :: Northern California Injury Lawyer Blog.
www.northerncaliforniainjurylawyerblog.com/2007/06/man_killed_in_truck_accident_i_1.html

**Brain Injury Lawyers | Traumatic Brain Injury | TBI Law Experts ...**
California Personal Injury Lawyers: The Scarlett Law Group .... San Rafael, Santa Clara, Sausalito, Sonoma, South San Francisco, Sunnyvale, Tiburon, ...
www.scarlettlawgroup.com/

**Destin California Equine Lawyer | Paul T Raub | Product Defect ...**
Personal Injury Lawyer - Walnut Creek, California ... Pleasanton, Richmond, San Pablo, San Rafael, San Ramon, Sausalito, Tiburon, Union City, Vacaville, ...
www.paulraub.net/DynamicAttorneys.shtml

**California Personal Injury, Texas Personal Injury, Austin Bike ...**
San Francisco Bicycle Accident Attorney, construction defect and dui defense counsel ... Walnut Creek, Lafayette, Orinda, Sausalito, San Rafael, Marin City. ...
www.shefmanlaw.net/areas_of_lawpractice.htm

**Sausalito CA Business Directory**
A directory of websites in Sausalito, California and surrounding towns. ... Teal & Montgomery, California personal injury lawyers and medical malpractice ...
www.resourcelinks.net/sausalitoca.htm

**Eviction Assistance - Sausalito CA - Lawyers - (415) 752-6070 ...**
Looking for information about Eviction Assistance in Sausalito CA? Open List offers business ... Need An Auto Accident Or Personal Injury Attorney? ...
www.openlist.com/sausalito-ca_eviction-assistance/568713105/

**Open Directory - Society: Law: Services: Lawyers and Law Firms ...**
Charles A. Bonner - Personal injury firm based in Sausalito ..... Zwerdling Dibble - Eureka lawyers providing legal solutions to accident. ...
www.dmoz.org/.../Law/Services/Lawyers_and_Law_Firms/Personal_Injury/North_America/United_States/California/

**California Pier Accident Attorneys Dock Injury Lawyers San ...**
If you were hurt in a dock or pier accident, you should contact an attorney at The ... Menlo Park, Palo Alto, Mountain View, Cupertino, Sausalito, Petaluma. ...
www.waterinjurylaw.com/PracticeAreas/DocksPiers.asp

**Ads by Google**
**San Francisco Injury Law**
BravoLaw.com — Call Our Personal Injury Law Firm if You've Suffered from an Accident
**S.F. Accident Attorneys**
CipinkoLaw.com — We Get Results. Experience Matters. Serving the Bay Area Since 1979.
**Personal Injury Lawyers**
www.bonjourandthorman.com — Aggressive, dedicated, experienced. No fees unless we win your case.
**Napa Accident Lawyer**
JwJonesNapaLaw.com — Suffered a Personal Injury? Call Our Injury Lawyer For Help.
**The Courtroom Warrior**
www.CourtroomWarrior.com — Top Rated Trial Lawyer Explosion Injury & Death Claims

1 2 3 4 5 6 7 8 9 10 Next

Home | Advertise With Us | Terms and Conditions | Privacy Policy | Disclaimer | Copyright Notice | About Us | Site Map | Google | Law Schools | Crossword Puzzle | The Law Store | Legal Form Center | LawWeb TV.com | Google Search



www.attorneyyellowpages.com © 2006 - 2008 AttorneyYellowPages.com, LLC, all rights reserved.   View Page/Site Info
Arizona Web Design: 888 Systems, llc