1  PERRY IP GROUP A LAW CORPORATION
   E. LYNN PERRY (SBN 115165)
2  Four Embarcadero Center, 39th Floor
   San Francisco, CA 94111
3  Telephone:    415.398.6300
4  Facsimile:    415.398.6306
   Email:  lperry@perryip.com
5
   ADVOCATE LAW GROUP P.C.
6  Gerry H. Goldsholle (SBN 154604)
7  2330 Marinship Way, Suite 121
   PO Box 835
8  Sausalito, CA 94966-0835
   Telephone:    415-331-4350
9  Facsimile:    415-331-4256
   Email:        gerry@advocatelawgroup.com
10 Attorneys for Plaintiff,
   ADVICE COMPANY
11

12                    UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16 ADVICE COMPANY, a California          )  Case No.:  CV 08-01951 JCS
   corporation,                          )
17                                       )  **DECLARATION OF GERRY H.**
                                         )  **GOLDSHOLLE  IN OPPOSITION TO**
18                    Plaintiff,          )  **MOTION TO DISMISS OR TRANSFER**
                                         )
19              v.                        )
                                         )
20 JAMES NOVAK, an individual, and       )
   ATTORNEY YELLOW PAGES.COM, LLC, )
21 an Arizona limited liability company, )
   and DOES 1-10,                        )
22                                       )
                                         )
23                    Defendants.        )
   _____)

24

25         I, Gerry H. Goldsholle, declare that the following statements are made of my own knowledge,

26 and, if called as a witness, I could competently testify thereto:

27
                                      - 1 -
28 _____

   DECLARATION OF GERRY H. GOLDSHOLLE IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER
                              CV 08-01951 JCS

1.    I am the Founder and Chief Executive Officer of Plaintiff Advice Company ("Advice Co"), a California corporation, formerly known as Advice & Counsel Incorporated.

2.    Advice Co's headquarters are in Sausalito, California, in the Northern District of California.

3.    Plaintiff registered the domain name www.attorneypages.com on December 11, 1997, and it began use of the mark ATTORNEYPAGES (the "Mark") in March of 1998 with the launch of the website at that domain ("Plaintiff's Website"). Plaintiff's Website contains a searchable directory of attorneys whose primary markets are individuals and small business owners.

4.    As is described in more detail the Declaration of Brian Brown, Plaintiff's Executive Vice President, Plaintiff has extensively advertised, marketed and promoted the Mark since March 1998 both to attorneys and to their actual and prospective clients. Advice Co offers its services under the Mark to consumers in search of legal services and legal information, and it offers listings, marketing, lead generation and client development services to attorneys and law firms under the Mark. Advice Co's use of the Mark has been continuous and substantially exclusive since March 1998. Advice Co advertises in nationally known publications and exhibits at several legal meetings of organizations such as the American Bar Association and the American Association for Justice.

5.    On December 10, 1998, Advice Co filed a use-based trademark application for the Mark. A registration on the Supplemental Register was issued as U.S. Reg. No. 2390588 on August 8, 2000 (the "2000 Registration"). The 2000 Registration is valid and subsisting, and Advice Co. is the owner of all right, title, and interest in and to the 2000 Registration. A copy of the 2000 Registration, as found on the United States Patent and Trademark Office website, is attached hereto as **Exhibit 15**.

6.    On September 22, 2006, Advice Co filed an application at the USPTO to register the Mark on the Principal Register, Serial No. 77005059. A copy of the application, as found on the USPTO

- 2 -

1   website, is attached hereto as **Exhibit 16**.  The application was refused registration because of existing

2   Supplemental Register Registration No. 3243194, issued February 28, 2007 to Defendant NOVAK for

3   the mark ATTORNEYYELLOWPAGES.COM, covering "on-line business directories featuring

4   attorneys."

5       7.      In November 2007 Advice Co's long-standing intellectual property lawyer, Andrew Katz,

6   sent Defendant Novak a cease and desist letter demanding that Defendants stop using

7   ATTORNEYYELLOWPAGES for competing services.  A copy of this letter is attached as **Exhibit 17**.

8

9       8.      I spoke to Mr. Novak by telephone on December 10, 2007, wherein Mr. Novak told me

10  that he set up the ATTORNEYYELLOWPAGES domain and the website to sell, that he has sold

11  businesses before, and that he also had registered 50 state versions of ATTORNEYYELLOWPAGES

12  domains.  He quoted offers he claimed to have received for the domain and website in the past.  The

13  alleged most recent offer he quoted put his asking price at well over $2 million.

14

15      9.      Because Defendants refused to stop using ATTORNEYYELLOWPAGES, Plaintiff filed

16  a petition to cancel Mr. Novak's federal trademark registration, which was assigned Cancellation No.

17  92048603.

18      10.     Soon thereafter, I realized that the cancellation was not going to achieve the desired

19  result, whereupon I authorized this lawsuit to be filed by a local intellectual property law firm.  The

20  cancellation has been suspended pending the outcome of this lawsuit.

21      11.     It would be a meaningful extra burden on me and my colleagues on the staff of Advice

22  Co if this matter is moved to Arizona for trial. Advice Co is a relatively small company with fewer than

23

24  20 regular full time employees and equivalents, the majority of whom are in California, and none of

25  whom are in Arizona.

26

27
                                          - 3 -
28

12      In addition to my full-time role as CEO of Advice Co, I also am a practicing lawyer and shareholder of Advocate Law Group P.C. which is serving as co-counsel for Plaintiff in this matter, and involved in numerous other cases, many of which are extremely complex. In addition, I am Chairman and Publisher of Advice & Counsel Newsletter, and actively involved in preparing its monthly financial security advice newsletter which is distributed by several insurance companies to their clients. I also have been very active in the State Bar of California's new Member Benefits initiatives, and Chair the Life Insurance Subcommittee of the Insurance Committee on Group Insurance Programs of the State Bar. In addition, I regularly serve as a designated expert and/or consultant in insurance and annuity-related litigation for private parties, corporate clients, and governmental clients such as the Department of Justice, the Securities and Exchange Commission and the Internal Revenue Service. I serve on the Board of Directors of the Marin Theatre Company, a 501(c)(3) professional theater, and Chair its Marketing Committee. Finally, apart from many other personal and family obligations, I am also in my thesis year at Stanford University where I am a candidate for a Masters in Liberal Arts.

I declare under penalty of perjury that the foregoing statements are true.

June 12, 2008

_____

Gerry H. Goldsholle

- 4 -

DECLARATION OF GERRY H. GOLDSHOLLE IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER
CV 08-01951 JCS

# EXHIBIT 15

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,390,588

## United States Patent and Trademark Office

Registered Sep. 26, 2000.

## SERVICE MARK
### SUPPLEMENTAL REGISTER

## ATTORNEYPAGES

ADVICE & COUNSEL INCORPORATED (CALI-
FORNIA CORPORATION)
70 LOMITA DRIVE, SUITE 6
P.O. BOX 1839
MILL VALLEY, CA 949421739

FOR: PROVIDING A SEARCHABLE DIRECTORY
OF LAWYERS AND LEGAL SERVICE PROVIDERS
THROUGH ELECTRONIC MEANS ON A GLOBAL

COMPUTER NETWORK, IN CLASS 35 (U.S. CLS.
100, 101 AND 102).

FIRST USE 3-0-1998; IN COMMERCE 3-0-1998.

SER. NO. 75-603,180, FILED P.R. 12-10-1998; AM.
S.R. 8-8-2000.

MARK SPARACINO, EXAMINING ATTORNEY

# EXHIBIT 16

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-09 21:40:55 ET

**Serial Number:** 77005059 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# ATTORNEYPAGES

**(words only):** ATTORNEYPAGES

**Standard Character claim:** Yes

**Current Status:** An office action suspending further action on the application has been mailed.

**Date of Status:** 2008-03-20

**Filing Date:** 2006-09-22

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

**Attorney Assigned:**
YONTEF DAVID ERIC

**Current Location:** L5X -TMEG Law Office 105 - Examining Attorney Assigned

**Date In Location:** 2008-03-20

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. The Advice Company

**Address:**
The Advice Company
PO BOX 1739
Sausalito, CA 949661739
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California
**Phone Number:** 800 iTS LEGA

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
Providing a searchable directory of lawyers, legal service providers and information about the same
through electronic means on a global computer network
**Basis:** 1(a)
**First Use Date:** 1998-03-00
**First Use in Commerce Date:** 1998-03-00

## ADDITIONAL INFORMATION

**Section 2(f)**

**Prior Registration Number(s):**
2390588

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-03-20 - Notification Of Letter Of Suspension E-Mailed

2008-03-20 - LETTER OF SUSPENSION E-MAILED

2008-03-20 - Suspension Letter Written

2008-03-05 - Teas/Email Correspondence Entered

2008-03-05 - Communication received from applicant

2008-03-05 - TEAS Response to Office Action Received

2007-09-05 - Notification Of Non-Final Action E-Mailed

2007-09-05 - NON-FINAL ACTION E-MAILED

2007-09-05 - Non-Final Action Written

2007-09-05 - Notification Of Non-Final Action E-Mailed

2007-09-05 - NON-FINAL ACTION E-MAILED

2007-09-05 - Non-Final Action Written

2007-08-15 - Teas/Email Correspondence Entered

2007-08-15 - Communication received from applicant

2007-08-15 - TEAS Response to Office Action Received

2007-02-15 - Non-final action e-mailed

2007-02-15 - Non-Final Action Written

2007-02-12 - Assigned To Examiner

2006-09-28 - Notice Of Pseudo Mark Mailed

2006-09-27 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Andrew B. Katz

**Correspondent**
ANDREW B. KATZ
CHERNOW KATZ LLC
721 DRESHER RD STE 1100
HORSHAM, PA 19044-2360
Phone Number: 215 659 3600
Fax Number: 215 659 3222

TO Form 1478 (Rev 9-2006)
OMB No. 0651-0009 (Exp 09-30-2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77005059
Filing Date: 09/22/2006

## The table below presents the data as entered.

| | |
|---|---|
| **SERIAL NUMBER** | 77005059 |
| **MARK INFORMATION** | |
| *MARK | ATTORNEYPAGES |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | ATTORNEYPAGES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | The Advice Company |
| *STREET | PO BOX 1739 |
| *CITY | Sausalito |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 94966-1739 |
| PHONE | 800 iTS LEGA |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | California |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |
| DESCRIPTION | Providing a searchable directory of lawyers, legal service providers and information about the same through electronic means on a global computer network |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/00/1998 |

| FIRST USE IN COMMERCE DATE | At least as early as 03/00/1998 |
| --- | --- |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT3\IMAGEOUT3 \770\050\77005059\xml1\AP P0003.JPG |
| SPECIMEN DESCRIPTION | Printour from Applicant's Internet webpages showing the mark used in commerce in connection with the described services |

## ATTORNEY INFORMATION

| NAME | Andrew B. Katz |
| --- | --- |
| ATTORNEY DOCKET NUMBER | ADV-0042F |
| FIRM NAME | CHERNOW KATZ LLC |
| STREET | 721 Dresher Road, Suite 1100 |
| CITY | Horsham |
| STATE | Pennsylvania |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 19044 |
| PHONE | 215 659 3600 |
| FAX | 215 659 3222 |
| EMAIL ADDRESS | akatz@chernowkatz.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| NAME | Andrew B. Katz |
| --- | --- |
| FIRM NAME | CHERNOW KATZ LLC |
| STREET | 721 Dresher Road, Suite 1100 |
| CITY | Horsham |
| STATE | Pennsylvania |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 19044 |
| PHONE | 215 659 3600 |
| FAX | 215 659 3222 |
| EMAIL ADDRESS | akatz@chernowkatz.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
| --- | --- |
| FEE PER CLASS | 325 |

| TOTAL FEE DUE | 325 |
|---|---|

**SIGNATURE INFORMATION**

| SIGNATURE | /Andrew B. Katz/ |
|---|---|
| SIGNATORY'S NAME | Andrew B. Katz |
| SIGNATORY'S POSITION | Attorney for Applicant |
| DATE SIGNED | 09/22/2006 |

**FILING INFORMATION SECTION**

| SUBMIT DATE | Fri Sep 22 11:21:36 EDT 2006 |
|---|---|
| TEAS STAMP | USPTO/BAS-70.20.255.18-20 060922112136450960-770050 59-35071e5f0254ed7806751a 3c119f8191b-CC-1521-20060 922110034959679 |

(?) Form 1478 (Rev 9/2006)
MB No. 90514409 (Exp 02/30/2008)

---

### Trademark/Service Mark Application, Principal Register

**Serial Number: 77005059**
**Filing Date: 09/22/2006**

## To the Commissioner for Trademarks:

MARK: ATTORNEYPAGES (Standard Characters, see mark)
The literal element of the mark consists of ATTORNEYPAGES. The mark consists of standard characters, without claim to any particular font, style, size, or color.
The applicant, The Advice Company, a corporation of California, having an address of PO BOX 1739, Sausalito, California, United States, 94966-1739, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.
International Class 035: Providing a searchable directory of lawyers, legal service providers and information about the same through electronic means on a global computer network
Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.
In International Class 035, the mark was first used at least as early as 03/00/1998, and first used in commerce at least as early as 03/00/1998, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Printout from Applicant's Internet webpages showing the mark used in commerce in connection with the described services.
Specimen File1
The applicant hereby appoints Andrew B. Katz of CHERNOW KATZ LLC, 721 Dresher Road, Suite 1100, Horsham, Pennsylvania, United States 19044 to submit this application on behalf of the applicant. The attorney docket/reference number is ADV-0042F.

Correspondence Information:  Andrew B. Katz
721 Dresher Road, Suite 1100
Horsham, Pennsylvania 19044
215 659 3600(phone)
215 659 3222(fax)
akatz@chernowkatz.com (authorized)
A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Andrew B. Katz/   Date Signed: 09/22/2006
Signatory's Name: Andrew B. Katz
Signatory's Position: Attorney for Applicant
RAM Sale Number: 1521
RAM Accounting Date: 09/22/2006
Serial Number: 77005059
Internet Transmission Date: Fri Sep 22 11:21:36 EDT 2006
TEAS Stamp: USPTO/BAS-70.20.255.18-20060922112136450
960-77005059-35071e5f0254ed7806751a3c119
8191b-CC-1521-20060922110034959679

# EXHIBIT 17



**C**HERNOW
**K**ATZ LLC
ATTORNEYS
AT LAW

721 Dresher Road – Suite 1100
Horsham, Pennsylvania 19044

Telephone (215) 659-3600
Facsimile (215) 659-3222
www.chernowkatz.com

November 6, 2006

Harris J. Chernow*
Andrew B. Katz #+
Of Counsel
Jeffrey S. Chernow
Jeffrey M. Kornblau*
Todd A. Goodman*
Joel P. Fordstrom*

*Member PA & NJ Bar only
#Member PA & DC Bar only
+Member MD Bar only
Admitted to practice before the US PTO

akatz@chernowkatz.com

New Jersey Office
216 Haddon Avenue – Suite 602
Westmont, NJ 08108
Tel (856) 858-0100

Philadelphia Office
1515 Market Street – Suite 1410
Philadelphia, PA 19102
Tel (215) 600-3600

Washington, D.C. Office
1055 Thomas Jefferson St., NW – Suite 504
Washington, DC 20007
Tel (202) 573-8410

Maryland Office
10995 Owings Mills Blvd – Suite 208
Owings Mills, MD 21117
Tel (410) 363-7150

**VIA FIRST CLASS MAIL**

James Novak
4500 South Lakeshore Drive, Ste. 352
Tempe, Arizona 85282

    Re:    <u>Your Infringing Use of ATTORNEY YELLOW PAGES™</u>

Dear Mr. Novak:

    It has come to the attention of our client, The Advice Company that you are prominently using the term ATTORNEY YELLOW PAGES in association with on line business directories featuring attorneys. We further understand that you have registered the term ATTORNEY YELLOW PAGES on the Supplemental Register of the United States Patent and Trademark Office ("USPTO") as of May 15, 2007. Your stated date of first use of the mark is December 11, 2006.

    Our client owns the rights to the ATTORNEY PAGES trademark by virtue of its continued use of the mark in connection with the stated services since March 1998. The mark has been registered with the USPTO since September 26, 2000 on the Supplemental Register (Reg. No. 2,390,588) and is the subject of a 2(f) application based on acquired distinctiveness (Ser. No.77/005059). Both applications cover nearly identical services to those you operate. <u>See</u> Attachments 1 and 2.

    If you believe that there is any reason why we should not file suit against you for infringement of the ATTORNEY PAGES mark, please advise us immediately. To that end, please contact me in writing at the address shown above. If you have any questions, please feel free to call me at 215 659-3600. If we do not hear from you by 4 p.m. on Friday, November 16, 2007, our client is prepared to initiate action to protect its rights including claims of trademark infringement and cancellation of your USPTO Registration (which, in any case, was issued in error).

    Sincerely,

    Andrew B. Katz

        COUNSEL TO THE ADVICE COMPANY

cc:    Gerry H. Goldsholle, Esq., Advocate Law Group, P.C.

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,390,588

## United States Patent and Trademark Office

Registered Sep. 26, 2000

## SERVICE MARK
### SUPPLEMENTAL REGISTER

## ATTORNEYPAGES

ADVICE & COUNSEL INCORPORATED (CALI-
FORNIA CORPORATION)
70 LOMITA DRIVE, SUITE 6
P.O. BOX 1839
MILL VALLEY, CA 949421739

FOR: PROVIDING A SEARCHABLE DIRECTORY
OF LAWYERS AND LEGAL SERVICE PROVIDERS
THROUGH ELECTRONIC MEANS ON A GLOBAL
COMPUTER NETWORK, IN CLASS 35 (U.S. CLS.
100, 101 AND 102).

FIRST USE 3-0-1998; IN COMMERCE 3-0-1998.

SER. NO. 75-603,180, FILED P.R. 12-10-1998; AM.
S.R. 8-8-2000.

MARK SPARACINO, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Nov 3 04:04:14 EDT 2007*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ] OR Jump | to record: [ ] **Record 2 out of 7**

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# ATTORNEYPAGES

| | |
|---|---|
| **Word Mark** | ATTORNEYPAGES |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Providing a searchable directory of lawyers, legal service providers and information about the same through electronic means on a global computer network. FIRST USE: 19980300. FIRST USE IN COMMERCE: 19980300 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77005059 |
| **Filing Date** | September 22, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) The Advice Company CORPORATION CALIFORNIA PO BOX 1739 Sausalito CALIFORNIA 949661739 |
| **Attorney of Record** | Andrew B. Katz |
| **Prior Registrations** | 2390588 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |