PERRY IP GROUP A LAW CORPORATION
E. LYNN PERRY (SBN 115165)
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:   415.398.6300
Facsimile:    415.398.6306
Email: lperry@perryip.com

ADVOCATE LAW GROUP P.C.
Gerry H. Goldsholle (SBN 154604)
2330 Marinship Way, Suite 121
PO Box 835
Sausalito, CA 94966-0835
Telephone:   415-331-4350
Facsimile:    415-331-4256
Email:         gerry@advocatelawgroup.com
Attorneys for Plaintiff,
ADVICE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVICE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and DOES 1-10,<br><br>Defendants. | Case No.:  CV 08-01951 JCS<br><br>**DECLARATION OF E. LYNN PERRY IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER** |

I, E. Lynn Perry, declare that the following statements are made of my own knowledge, and, if called as a witness, I could competently testify thereto:

1.      I am counsel for Plaintiff in this lawsuit.

- 1 -

DECLARATION OF NICOLA A. FRASER IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER
CV 08-01951 JCS

2. On or about June 11, 2008, I reviewed the website of the Arizona Corporation Commission which contains the records of incorporation of Arizona corporations.

3. A true and correct copy of a printout from this website is attached as **Exhibit 18**. It show Defendant AYPC's corporate status and the listing of its only two members, James E. Novak, Manager, and Christine Novak, Assistant Manager.

4. Today, I observed that Mr. Novak assigned his trademark registration for ATTORNEYYELLOWPAGES.COM, Reg. No. 3243194, to Defendant AYPC, *nunc pro tunc* as of 2006, but only recorded the assignment at the Trademark Office on April 17, 2008, a few days after the Complaint in this action was filed. Attached as **Exhibit 21** is a true and correct copy of the record of that recordal, together with a copy of the current status report of Reg. No. 3243194, from the Trademark Office's website.

I declare under penalty of perjury that the foregoing statements are true.

Dated: June 12, 2008

_____
E. LYNN PERRY

- 2 -

DECLARATION OF NICOLA A. FRASER IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER
CV 08-01951 JCS

# EXHIBIT 18

# Arizona Corporation Commission
## State of Arizona Public Access System

06/11/2008                                                                                   11:49 AM

### Jump To...

Scanned Documents

## Corporate Inquiry

| | |
|---|---|
| File Number: L-1315757-0 | Check Corporate Status |
| Corp. Name: ATTORNEY YELLOW PAGES.COM, LLC | |

### Domestic Address
4500 S LAKESHORE DR #352
TEMPE, AZ 85282

### Statutory Agent Information

Agent Name: JAMES E BACHE

Agent Mailing/Physical Address:
1811 S ALMA SCHOOL RD #210
MESA, AZ 85210-3004

Agent Status: APPOINTED 10/03/2006
Agent Last Updated: 11/16/2006

### Additional Corporate Information

| | |
|---|---|
| Corporation Type: DOMESTIC L.L.C. | Business Type: |
| Incorporation Date: 10/03/2006 | Corporate Life Period: PERPETUAL |
| Domicile: ARIZONA | County: MARICOPA |
| Approval Date: 10/03/2006 | Original Publish Date: 10/23/2006 |

### Member Information

| | |
|---|---|
| CHRISTINE NOVAK<br>MANAGER<br>1838 S YUCCA ST<br>MESA,AZ  85202<br>Date of Taking Office: 10/03/2006<br>Last Updated: 10/10/2006 | JAMES E NOVAK<br>MANAGER<br>1838 S YUCCA ST<br>MESA,AZ  85202<br>Date of Taking Office: 10/03/2006<br>Last Updated: 10/10/2006 |

```
JAMES E NOVAK                           CHRISTINE NOVAK
MEMBER                                  MEMBER
1838 S YUCCA ST                         1838 S YUCCA ST
MESA,AZ  85202                          MESA,AZ  85202
Date of Taking Office: 10/03/2006       Date of Taking Office: 10/03/2006
Last Updated: 10/10/2006                Last Updated: 10/10/2006
```

## Scanned Documents

(Click on gray button to view document - will open in a new window)

| Document Number | Description | Date Received |
|---|---|---|
| 01756297 | ARTICLES OF ORGANIZATION | 10/03/2006 |
| 01777663 | PUB OF ARTICLES OF ORGANIZATION | 10/23/2006 |

Back To Top

- Corporate Name Search Instructions
- General Web Site Usage Instructions
- Return to STARPAS Main Menu
- Return to A.C.C. Corporations Division Main Page
- Return to Arizona Corporation Commission Home Page

# Arizona Corporation Commission





AZ Corp. Commission
01756297

AZ CORPORATION COMMISSION
FILED

OCT 09 2008

FILE NO. L13157570

ARTICLES OF ORGANIZATION

OF

ATTORNEY YELLOW PAGES.COM, LLC

1.  The name of this limited liability company is: Attorney Yellow Pages. Com, LLC.

2.  This limited liability company is organized to transact any and all lawful business for which a limited liability company may be organized under Arizona law.

3.  The address of the registered office is:

    4500 South Lakeshore Drive, Ste. 352
    Tempe, Arizona 85282

4.  The name and business address of the agent for service of process are:

    James E. Bache
    1811 South Alma School Road, #210,
    Mesa, Arizona 85210-3004.

5.  There are two members at the time the limited liability company is formed whose names and addresses are:

    James E. Novak
    1832 South Yucca Street
    Mesa, Arizona 85202

    Christina Novak
    1832 South Yucca Street
    Mesa, Arizona 85202

    Said members own all of the interests in the capital or profits of the company.

L13157570

6. Management of this limited liability company is subject to the provisions of an operating agreement adopted by the members, and is vested in a manager or managers who are:

   Manager: James E. Novak
   1838 South Yucca Street
   Mesa, Arizona 85202

   Assistant Manager: Christine Novak
   1838 South Yucca Street
   Mesa, Arizona 85202

7. This limited liability company can exist in perpetuity and is not required to dissolve by any particular date.

IN WITNESS WHEREOF, we hereunto affix our signatures this 29th day of September, 2006.

_James E. Novak_
James E. Novak

_Christine Novak_
Christine Novak

STATE OF ARIZONA  )
                  ) ss.
County of Maricopa )

The foregoing was acknowledged before me by James E. Novak and Christine Novak this 29th day of September, 2006.

_Barbara A. Pennington_
Notary Public
My Commission Expires:

BARBARA A PENNINGTON
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 6-15-09

L13159570

I, James E. Bashe, having been designated to act as Statutory Agent for Attorney Yellow Pages.Com, LLC hereby consent to act in that capacity until removal or resignation is submitted in accordance with Arizona Revised Statutes.

*James E. Bashe*
James B. Bashe, Statutory Agent



AZ Corp. Commission
01277663

## AFFIDAVIT OF PUBLICATION
### for Corporation Commission

# ARIZONA CAPITOL TIMES

P.O. Box 2260  Phoenix, AZ 85002
Phone: (602) 258-7026  Fax: (602) 258-2504

ATTORNEY YELLOW PAGES.COM, LLC

NOTICE [for publication] ARTICLES OF ORGANIZATION HAVE BEEN FILED IN THE OFFICE OF THE ARIZONA CORPORATION COMMISSION FOR:
L.N.M.E.: Attorney YellowPages.Com, LLC
II. The address of the registered office is 1870 South Lakeshore Drive, Ste. 220, Tempe, Arizona 85282. The name and address of the Statutory Agent is James E. Locke, 1811 South Alma School Road, Suite 215, Mesa, Arizona 85210.
III. Management of the Limited Liability Company is vested in a manager whose name and address are: James E. Hoeck, Manager, 1850 South Vinca Street, Mesa, Arizona 85204. The name and address of each member of the law firm of benefit of the Limited Liability Company who owns a twenty percent or greater interest in the capital or profits of the Limited Liability Company are James E. Hoeck, Manager, 1850 South Vinca Street, Mesa, Arizona 85204; Christian Hoeck, 1850 South Vinca Street, Mesa, Arizona 85204.
DOE:10/27, PUB: 10/20, 10/27, 11/03 Attorney YellowPages.Com

STATE OF ARIZONA }
County of Maricopa } ss.

I, Ginger Lamb as Vice President and Publisher of the Arizona Capitol Times, am authorized as agent to make this affidavit of publication. Under oath, I verify that the following is true and correct.

The Arizona Capitol Times is a newspaper which is published weekly, is of general circulation and is in compliance with Arizona Revised Statutes §§ 10-140.34 & 39-201.A & B. This notice will further been published 3 consecutive times in the newspaper listed above.

DATES OF PUBLICATION:
10/20/2006, 10/27/2006, 11/03/2006

THE NAME OF THE CORPORATION: ATTORNEY YELLOW PAGES.COM, LLC

CORPORATE FILE NUMBER:  L-1315757-0

TYPE OF DOCUMENT:  NOTICE (for publication) ARTICLES OF ORGANIZATION

AUTHORIZED SIGNATURE: _____

SUBSCRIBED AND SWORN TO BEFORE ME ON THE 20th day of October, 2006

NOTARY SIGNATURE: _____

OFFICIAL SEAL
LAURA M. KAMINSKI
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan. 8, 2009

RECEIVED
OCT 23 2006
ARIZONA CORP. COMMISSION
CORPORATIONS DIVISION

# EXHIBIT 21




### United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# Trademark Assignment Details

**Reel/Frame:** 3762/0445     **Recorded:** 04/18/2008     **Pages:** 3
**Received:** 04/18/2008
**Attorney Dkt #:** 8732-92694
**Conveyance:** NUNC PRO TUNC ASSIGNMENT

**Total properties: 1**

1    **Serial #:** 78969115    **Filing Dt:** 09/07/2006    **Reg #:** 3243194    **Reg. Dt:** 05/15/2007
       **Mark:** ATTORNEYYELLOWPAGES.COM

**Assignor**

1    NOVAK, JAMES E.                             **Exec Dt:** 04/17/2006
                                                          **Entity Type:** INDIVIDUAL
                                                           **Citizenship:** UNITED STATES

**Assignee**

1    ATTORNEY YELLOW PAGES.COM, LLC          **Entity Type:** LIMITED LIABILITY COMPANY
     4500 S. LAKESHORE DR.
     #352                                                         **Citizenship:** ARIZONA
     TEMPE, ARIZONA 85282

**Correspondence name and address**
     JOSEPH T. NABOR
     120 S. LASALLE STREET
     SUITE 1600
     CHICAGO, IL 60603-3406

Search Results as of: 06/13/2008 04:47 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2008-06-13 17:02:16 ET

Serial Number: 78969115 Assignment Information    Trademark Document Retrieval

Registration Number: 3243194

Mark

ATTORNEYYELLOWPAGES.COM

(words only): ATTORNEYYELLOWPAGES.COM

Standard Character claim: Yes

Current Status: A cancellation proceeding has been filed at the Trademark Trial and Appeal Board and is now pending.

Date of Status: 2007-12-13

Filing Date: 2006-09-07

Transformed into a National Application: No

Registration Date: 2007-05-15

Register: Supplemental

Law Office Assigned: LAW OFFICE 101

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2007-05-15

**LAST APPLICANT(S)/OWNER(S) OF RECORD**

1. ATTORNEY YELLOW PAGES.COM, LLC

**Address:**
ATTORNEY YELLOW PAGES.COM, LLC
4500 S. LAKESHORE DR. #352
TEMPE, AZ 85282
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Arizona

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
On-line business directories featuring attorneys
**Basis:** 1(a)
**First Use Date:** 2006-12-11
**First Use in Commerce Date:** 2006-12-11

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2008-04-23 - Automatic Update Of Assignment Of Ownership

2008-04-22 - Attorney Revoked And/Or Appointed

2008-04-22 - TEAS Revoke/Appoint Attorney Received

2007-12-13 - Cancellation Instituted No. 999999

2007-05-15 - Registered - Supplemental Register

2007-03-31 - Law Office Publication Review Completed

2007-03-28 - Assigned To LIE

2007-03-05 - APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER

2007-03-05 - Amendment to Use approved

2007-03-02 - Amendment to use processing complete

2007-02-23 - Amendment to Use filed

2007-03-01 - Teas/Email Correspondence Entered

2007-02-28 - Communication received from applicant

2007-02-28 - TEAS Response to Office Action Received

2007-02-23 - TEAS Amendment of Use Received

2007-01-31 - Non-final action e-mailed

2007-01-31 - Non-Final Action Written

2007-01-31 - Assigned To Examiner

2006-09-14 - Notice Of Pseudo Mark Mailed

2006-09-13 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Joseph T. Nabor

**Correspondent**
Joseph T. Nabor
Fitch, Even, Tabin & Flannery
120 South LaSalle, Suite 1600
Chicago IL 60603-3406
Phone Number: 312.577.7000
Fax Number: 312.577.7007