PERRY IP GROUP A LAW CORPORATION
E. LYNN PERRY (SBN 115165)
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:    415.398.6300
Facsimile:    415.398.6306
Email:  lperry@perryip.com

ADVOCATE LAW GROUP P.C.
Gerry H. Goldsholle (SBN 154604)
2330 Marinship Way, Suite 121
PO Box 835
Sausalito, CA 94966-0835
Telephone:    415-331-4350
Facsimile:    415-331-4256
Email:        gerry@advocatelawgroup.com
Attorneys for Plaintiff,
ADVICE COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVICE COMPANY, a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and DOES 1-10,<br><br>                    Defendants. | Case No.: CV 08-01951 JCS<br><br>**DECLARATION OF BRIAN BROWN IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER** |

I, Brian Brown, declare that the following statements are made of my own knowledge, and, if called as a witness, I could competently testify thereto:

- 1 -

1.    I am Executive Vice President of Plaintiff Advice Company, and have been employed by Plaintiff since 1996. Among my duties, I purchase and sell advertising and arrange for advertising to be run on the websites maintained by Advice Company. Prior to my current position, I have served in numerous position and capacities involving sales, marketing and customer service.

2.    Advice Company's corporate offices are located in Sausalito, California, in the Northern District of California. Advice Company has no offices, employees, or representatives in Arizona. Advice Company and its predecessors have operated a series of law-oriented websites since 1995. Its principal websites are the leading consumer legal information site www.FreeAdvice.com, the legal services directory www.AttorneyPages.com, and the expert witness directory www.ExpertPages.com.

3.    Plaintiff launched its initial attorney directory service as part of www.FreeAdvice.com in 1997, and established the attorney directory as a site of its own, at the domain www.AttorneyPages.com ("Plaintiff's Website") in 1998. Since 1998, Plaintiff's Website has prominently displayed the mark ATTORNEYPAGES (the "Mark"). Since 1998, Advice Company has engaged in extensive efforts to market and promote the services offered under the Mark on Plaintiff's Website to legal services consumers and to attorneys and law firms by the following means: online marketing and promotion; print ads; direct mail; press releases and other media efforts; attending numerous meetings of major bar associations; relationships with a large bar association; telemarketing; and direct sales efforts.

4.    Advice Company has eight sales people soliciting sales of listings and other sponsored ads for Plaintiff's Website. Plaintiff has had booths and made multiple appearances at bar association meetings, including annual meetings of the American Bar Association, and annual and mid-winter meetings of the American Association for Justice, formerly known as the Association of Trial Lawyers of America ("AAJ"). Plaintiff has placed repeated advertisements in national lawyer publications such as

DECLARATION OF BRIAN BROWN IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER
CV 08-01951 JCS

the ABA Journal and the AAJ's Trial magazine.  Plaintiff's Website has also been an endorsed attorney

directory by the AAJ.  In addition, Plaintiff's Website has received multiple mentions in national

consumer publications such as Forbes.com and The Seattle Post Intelligencer.

5.     I am fully familiar with current practices of advertising on websites and advertising to

draw visitors to a website.  Companies such as Google, Inc. and DoubleClick Inc. pay website owners to

place advertisements on their websites.  Such fees are calculated in a variety of ways, including the

following:  (a) by the number of "hits," or clicks by a user; or by a percentage of the revenue received

from a consumer purchase originating with a hit on a particular web page.

6.     On December 7 and 10, 2007, and at various times since, I visited the website,

www.attorneyyellowpages.com ("Defendants' Website").  On my visits to Defendants' Website, I

carefully scrutinized its pages and observed a number of buttons, which when clicked on by visitors, take

the visitor to pages where buy/sell transactions may be conducted.  I also observed a number of

advertisements posted on Defendants' Website that I believe originate with California-based

companies such as Google, Inc., LegalZoom, acendi.com, and rocketlawyer.com (the "California

Internet Advertisers").

7.     I believe each of the California Internet Advertisers displays ads on Defendants'

Website under one or more Internet advertising programs.  For example, Defendants appear to be a

member of the Google AdSense program, which allows Google to bring advertisements to Defendants'

Website and to permit visitors to Defendants' Website to interact with numerous other websites which

sell products and services, including companies that sell products and services in California.

8.     Based upon my familiarity with Google's advertising operations, I believe Defendants

are paid a revenue share by Google based on the number of clicks on Google AdSense ads placed on

Defendants' Website.  Google places ads on Defendants' Website which are matched to the site's

- 3 -

1  content.  See Google's explanation of this program at https://www.google.com/adsense/-login/en

2  (copy attached as **Exhibit 1).**

3      9.      Defendants also appear to have an additional relationship with Google in order to use

4  Google's Custom Search feature.  Parties are compensated under the Google Custom Search

5  agreement by using Google to power the site's search and Google shares revenue any time a site

6  visitor clicks on a sponsor's ad provided by Google.

7

8      10.     In addition, I believe that Defendants have a relationship with San Bruno, California-

9  based YouTube, LLC, in that Defendants utilize www.youtube.com to maintain a streaming video

10  broadcast on their website.  Attached hereto as **Exhibit 2** is a true and correct copy of a page from

11  Defendants' Website showing this YouTube broadcast.

12      11.     Defendants also claim to be "partnered" with Los Angeles County, California-based

13  LegalZoom.com, Inc., an online legal document provider.   Attached hereto as **Exhibit 3** is a true

14  and correct copy of a page from Defendants' Website showing this relationship.  I am familiar with

15

16  LegalZoom.com advertising policies.  In exchange for a party's placing banner ads and links for

17  LegalZoom.com on the party's website, LegalZoom.com pays a share of the fees it obtains when

18  customers click through to its website from Defendants' Website and purchase its products.

19      12.     From my review of the website, I believe that Defendants' Website's most important

20  service to users is to allow them to click through to the name and address of legal services providers.

21

22  Defendants are not compensated by users for this service; nevertheless, it is a service they provide under

23  the mark ATTORNEYYELLOWPAGES.  On information and belief, Defendants are compensated by

24  advertisers such as attorneys, Google, DoubleClick, LegalZoom, AdSense and so forth for the number of

25  users that click on advertisements on Defendants' Website, click through to advertisers' websites, and

26  order goods and services on advertisers' websites.

27

28

- 4 -

13.     Compensation for such "ancillary" goods and services is becoming the norm.  The core product is no longer sold but given away.  Revenue is earned as a result of collateral sales of advertising or merchandise.  In Defendants' case, on information and belief, the visitor agrees to the Terms and Conditions of Use of Defendants' Website by using the site.  A true and correct copy of Defendants' Website's Terms and Conditions of Use is attached hereto as **Exhibit 4**.  The visitor to the site uses the services and makes "hits" on various parts of the site.  In exchange, Defendants provide the visitor listings of attorneys and firms.

14.     According to my review of Defendants' Website's Privacy Policy (true and correct copy attached hereto as **Exhibit 5**), Defendants install "cookies" on the computers of visitors to Defendants' Website (that is, "small bits of text that [their] servers place into a file on [the visitor's] computer's hard drive)" including on the computers of California residents who visit the site.  The Privacy Policy further states, "ATTORNEYYELLOWPAGES.COM may merge your information … for purposes of marketing products or services to you."

15.     From my experience in the business of online advertising, I believe that it is typical for internet advertising companies have a contract which they require be used for this purpose, and that that contract typically provides that lawsuits must be brought in the jurisdiction of the advertiser and that jurisdiction's laws are to be applied in the case of a dispute.  For example, Google's and AdSense's contracts designate California law and the courts of Santa Clara County.  Attached hereto as **Exhibit 6** are true and correct copies of Google's and AdSense's provisions in this regard.

16.     Defendants' activities under the confusingly similar mark and domain name ATTORNEYYELLOW PAGES harm my company because they tend to cause our actual and prospective consumers – both legal services providers and users of our websites – to be confused between our services and those offered by Defendants, and we have no control over the services offered by Defendants.  Furthermore, the Defendants' activities divert business away from our website and services.

- 5 -

17.    On information and belief, Defendants' Website holds itself out as being a nationwide business.  It makes the following statements:

a.    It touts itself as "The **Nation's Premier** Online Attorney Directory" (emphasis added).  Attached hereto as **Exhibit 7** is a true and correct copy of a page from Defendants' Website showing this.

b.    On Defendants' "ABOUT US" page, Defendants state that their service "is a **national** online directory dedicated to assisting you in your search for an Attorney for getting legal help" (emphasis added).

c.    On this same page, Defendants' website declares that it serves all fifty states and specifically California, stating:  "AttorneyYellowPages.com directory includes law firms that can provide legal services in all fifty states … California attorney, lawyer."    Attached hereto as **Exhibit 8** is a true and correct copy of the ABOUT US page from Defendants' Website.

d.    In addressing advertisers, Defendants' Website prominently declares:

1.    It is the "…The Most Recognized Name in Legal Advertising" and the "the most recognized and trusted name in legal advertising;"

2.    It is "the only local and national network for attorneys with this distinctive name;"

c.    It "…reaches more customers who are ready to retain.  All attorney members get the benefit of local and national marketing;" and

d.    "Just send an E-Mail to:  Advertise@AttorneyYellowPages.com to join the most recognized and trusted name in legal advertising."

18.    Attached hereto as **Exhibit 9** is a true and correct copy of a page from Defendants' Website titled http://attorneyyellowpages.com/advertise.html.  Note that the Defendants added the

- 6 -

1  language asserting that they are not accepting advertising at this time *after* the commencement of this

2  action.  Notwithstanding the statement that Defendants are not currently accepting advertising, the

3  home page of Defendants' Website contains an active link to a "Buy Now" button that links to a

4  Google Checkout form enabling the visitor to buy, online, for $1,000, an Annual Premier Banner

5  Placement to run on the Defendants' site from Defendant James Novak, individually. A true copy of

6  the Google Checkout Form for purchasing the banner ad from Defendant Novak is attached as

7  

8  **Exhibit 19**.

9     19.    Plaintiff's Website received an average of nearly 150,000 unique monthly visitors per

10  month (a total of over 1.75 million) in 2007, and has received an average of 180,000 unique monthly

11  visitors per month for the first 5 months of 2008 (a total of over 900,000 unique visits).

12     20.    Although we do not have access to Defendant's internal traffic data, it appears that the

13  traffic that Defendants' www.AttorneyYellowPages.com receives is miniscule. According to the

14  independent website Compete.com, which purports to estimate website traffic, Defendants' site received

15  fewer that 2,000 total visits in any month in 2008, and only 865 total visits in April 2008.

16  

17     21.    Defendant James Novak appears to have made at least one untrue statement on his

18  own website, which I fear will harm Advice Company through association between Mr. Novak and

19  our company in consumers' minds.  For example, I visited Mr. Novak's firm's website,

20  www.novakazlaw.com, on June 11, 2008.  On that website, Mr. Novak claims to be one of the "most

21  educated attorneys in Arizona," and he states that he received his law degree "from Michigan."

22  According to the Arizona Bar website, Mr. Novak is not a graduate of the University of Michigan

23  Law School as this website implies.  Instead, he is a graduate of the Thomas Cooley Law School

24  

25  which is located in the State of Michigan.  Attached hereto as **Exhibit 10** is a true and correct copy of

26  

27  

28  

DECLARATION OF BRIAN BROWN IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER
CV 08-01951 JCS

1   a page from Mr. Novak's website showing this statement, and a copy of the Arizona Bar web page

2   containing his official profile which shows the law school from which he actually graduated.

3         22.    Defendant James Novak also appears to have been exaggerating the length of time he

4   has been practicing law. His Profile on the website LinkedIn.com, a true copy of which is attached as

5   **Exhibit 20**, claims that he has been in the "law practice industry" for over 14 years and 6 months,

6   which is 4 years longer than he has been admitted to the practice of law in Arizona according to the

7   Arizona Bar website.

8         23.    If this matter goes to trial it is likely that several witnesses from Northern California will

9   be necessary. In addition to me and the two other declarants, Nicole A. Fraser and Gerry Goldsholle,

10  Plaintiff would need to call as witnesses our Chief Technology Officer Mike Shanahan, our Vice

11  President Mary Martin, and JT Fenn, a former employee and current sales representative. All of these

12  witnesses have a home in California near our main offices; none lives in Arizona.

13        24.    Advice Company has substantial records which are located in California which will be

14  relevant and necessary for discovery and trial in this matter. It would be burdensome to have to produce

15  all of these records in an Arizona court.

16        I declare under penalty of perjury that the foregoing statements are true.

17  Dated:   June 13, 2008

18

19                                        _____
20                                        BRIAN BROWN

- 8 -

DECLARATION OF BRIAN BROWN IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER
CV 08-01951 JCS

# EXHIBIT 1



**Advertising Programs**

**For Advertisers: <u>Google AdWords</u>**

- Advertise to people searching on Google and our advertising network
- Reach people actively looking for information about your products and services online
- Easily control costs - pay only when people click on your ad

Ready to start?   **Sign up now**

Want more information about AdWords? <u>Learn more »</u>
Find out how our sales team can help you reach your online advertising goals. <u>Contact Sales</u>.

**For Site Owners: <u>Google AdSense</u>**

- Maximize your site's revenue potential with contextually targeted ads
- Customize ads to complement the look and feel of your site
- Track the success of different formats and locations with online reports

Ready to start?   **Sign up now**

Want more information about AdSense? <u>Learn more »</u>

©2008 Google - <u>Home</u> - <u>About Google</u>



English (US)                                    Help Center

# Earn money from relevant ads on your website

Google AdSense matches ads to your site's content, and you earn money whenever your visitors click on them.

Sign up now »



Place ads on
your site

**Existing AdSense users:**

Sign in to Google AdSense with your
Google **Account**

Email:
Password:

Sign in

I cannot access my account

**Learn about AdSense**

Products

Putting ads on your site

Where do the ads come
from?

Show only appropriate ads

Getting paid

How do I get started?

What our publishers say

**AdSense for content** automatically crawls the content of your pages and delivers ads (you can choose both text or image ads) that are relevant to your audience and your site content—ads so well-matched, in fact, that your readers will actually find them useful.



**AdSense for search** allows website publishers to provide Google web and site search to their visitors, and to earn money by displaying Google ads on the search results pages.



When people search the web from your site, the search results pages show up with ads. And you get paid when people click on these ads.

**AdSense for mobile content** - Have a mobile website? AdSense can help you earn money from your content with a simple, integrated solution. Get started here.

AdSense Blog · Optimization Tips · Publisher Tools · AdSense Forum · Help Center

Privacy Policy · Terms & Conditions · Program Policies

On July 9, 2007, Google announced that it had signed a definitive agreement to acquire enterprise messaging security and compliance company Postini.[37]

## Partnerships

In 2005, Google entered into partnerships with other companies and government agencies to improve production and services. Google announced a partnership with NASA Ames Research Center to build up 1,000,000 square feet (93,000 m²) of offices and work on research projects involving large-scale data management, nanotechnology, distributed computing, and the entrepreneurial space industry.[38] Google also entered into a partnership with Sun Microsystems in October to help share and distribute each other's technologies.[39] The company entered into a partnership with Time Warner's AOL,[40] to enhance each other's video search services.

The same year, the company became a major financial investor of the new .mobi top-level domain for mobile devices, in conjunction with several other companies, including Microsoft, Nokia, and Ericsson among others.[41] In September 2007, Google launched, "Adsense for Mobile", a service for its publishing partners which provides the ability to monetize their mobile websites through the targeted placement of mobile text ads,[42] and acquired the mobile social networking site, *Zingku.mobi*, to "provide people worldwide with direct access to Google applications, and ultimately the information they want and need, right from their mobile devices."[43]

In 2006, Google and News Corp.'s Fox Interactive Media entered into a US$900 million agreement to provide search and advertising on the popular social networking site, MySpace.[44]

On November 5, 2007 Google announced the Open Handset Alliance to develop an open platform for mobile services called Android.

# Products and services

Google has created services and tools for the general public and business environment alike; including Web applications, advertising networks and solutions for businesses.



Google appliance as shown at RSA Conference 2008

## Advertising

Most of Google's revenue is derived from advertising programs. For the 2006 fiscal year, the company reported US$10.492 billion in total advertising revenues and only US$112 million in licensing and other revenues.[45] Google AdWords allows Web advertisers to display advertisements in Google's search results and the Google Content Network, through either a cost-per-click or cost-per-view scheme. Google AdSense website owners can also display adverts on their own site, and earn money every time ads are clicked.

## Web-based software

The Google web search engine is the company's most popular service. As of August 2007, Google is the most used search engine on the web with a 53.6% market share, ahead of Yahoo! (19.9%) and Live Search (12.9%).[46] Google indexes billions of Web pages, so that users can search for the information they desire, through the use of keywords and operators. Google has also employed the Web Search technology into other search services, including Image Search, Google News, the price comparison site Google Product Search, the interactive Usenet archive Google Groups, Google Maps, and more.

In 2004, Google launched its own free web-based e-mail service, known as Gmail (or Google Mail in some jurisdictions).[47] Gmail features spam-filtering technology and the capability to use Google technology to search e-mail. The service generates revenue by displaying advertisements and links from the AdWords service that are tailored to the choice of the user and/or content of the e-mail messages displayed on screen.

In early 2006, the company launched Google Video, which not only allows users to search and view freely available videos but also offers users and media publishers the ability to publish their content, including television shows on CBS, NBA basketball games, and music videos.[48] In August 2007, Google announced that it would shut down its video rental and sale program and offer refunds and Google Checkout credits to consumers who had purchased videos to own.

On February 28, 2008 Google launched the Google Sites wiki as a Google Apps component.

Google has also developed several desktop applications, including Google Earth, an interactive mapping program powered by satellite and aerial imagery that covers the vast majority of the planet. Google Earth is generally considered to be remarkably accurate and extremely detailed. Many major cities have such detailed images that one can zoom in close enough to see vehicles and pedestrians clearly. Consequently, there have been some concerns about national security implications. Specifically, some countries and militaries contend the software can be used to pinpoint with near-precision accuracy the physical location of critical infrastructure, commercial and residential buildings, bases, government agencies, and so on. However, the satellite images are not necessarily frequently updated, and all of them are available at no charge through other products and even government sources. For example, NASA and the National Geospatial-Intelligence Agency. Some counter this argument by stating that Google Earth makes it easier to access and research the images.

Many other products are available through Google Labs, which is a collection of incomplete applications that are still being tested for use by the general public.

Google has promoted their products in various ways. In London, *Google Space* was set-up in Heathrow Airport, showcasing several products, including Gmail, Google Earth and Picasa.[49][50] Also, a similar page was launched for American college students, under the name *College Life, Powered by Google*.[51]

In 2007, some reports surfaced that Google was planning the release of its own mobile phone, possibly a competitor to Apple's iPhone.[52][53][54] The project, called Android provides a standard development kit that will allow any "Android" phone to run software developed for the Android SDK, no matter the phone manufacturer. In October 2007, Google SMS service was launched in India allowing users to get business listings, movie showtimes, and information by sending an SMS.

## Enterprise products

In 2007, Google launched Google Apps Premier Edition, a version of Google Apps targeted primarily at the business user. It includes such extras as more disk space for e-mail, API access, and premium support, for a price of US$50 per user per year. A large implementation of Google Apps with 38,000 users is at Lakehead University in Thunder Bay, Ontario, Canada.[55]

# Platform

Google runs its services on several server farms, each comprising thousands of low-cost commodity computers running stripped-down versions of Linux. While the company divulges no details of its hardware, a 2006 estimate cites 450,000 servers, "racked up in clusters at data centers around the world."[56]

*Help us provide free content to the world by **donating today**!*

# Google

From Wikipedia, the free encyclopedia

*For the number* $10^{100}$, *see Googol*

**Google Inc.** (NASDAQ: GOOG)

**Google Inc.**



| | |
|---|---|
| **Type** | Public (NASDAQ: GOOG (http://quotes.nasdaq.com/asp/SummaryQuote.asp?symbol=GOOG&selected=GOOG) ), (LSE: GGEA (http://www.londonstockexchange.com/en-gb/pricesnews/prices/Trigger/genericsearch.htm?bsg=true&ns=GGEA) ) |
| **Founded** | Menlo Park, California (September 7, 1998)[1] |
| **Headquarters** | Google Campus, Mountain View, California, USA |
| **Key people** | Eric E. Schmidt, CEO/Director<br>Sergey Brin, Co-Founder, Technology President<br>Larry Page, Co-Founder, Products President<br>George Reyes, CFO |
| **Industry** | Internet, Computer software |
| **Products** | See list of Google products |
| **Revenue** | US$16.593 billion ▲56% (2007)[2] |
| **Net income** | US$4.203 billion ▲25% (2007)[2] |
| **Total assets** | US$25.335 billion (2007)[2] |
| **Total equity** | US$22.689 billion (2007)[2] |
| **Employees** | 19,156 (March 31, 2008)[3] |
| **Website** | www.google.com (http://www.google.com/) |

(http://quotes.nasdaq.com/asp/SummaryQuote.asp?symbol=GOOG&selected=GOOG) and LSE: GGEA (http://www.londonstockexchange.com/en-gb/pricesnews/prices/Trigger/genericsearch.htm?bsg=true&ns=GGEA) ) is an American public corporation, earning revenue from advertising related to its Internet search, web-based e-mail, online mapping, office productivity, social networking, and video sharing as well as selling advertising-free versions of the same technologies. Google's headquarters, the Googleplex, is located in Mountain View, California. As of March 31, 2008 the company has 19,156 full-time employees.[3] As of October 31, 2007, it is the largest American company (by market capitalization) that is not part of the Dow Jones Industrial Average.[4]

Google was co-founded by Larry Page and Sergey Brin while they were students at Stanford University and the company was first incorporated as a privately held company on September 7, 1998. Google's initial public offering took place on August 19, 2004, raising US$1.67 billion, making it worth US$23 billion. Google has continued its growth through a series of new product developments, acquisitions, and partnerships. Environmentalism, philanthropy, and positive employee relations have been important tenets during Google's growth, the latter resulting in being identified multiple times as Fortune Magazine's #1 Best Place to Work.[5] The company's unofficial slogan is "Don't be evil", although criticism of Google include concerns regarding the privacy of personal information, copyright, censorship, and discontinuation of services.

## Contents

- 1 History
  - 1.1 Financing and initial public offering
  - 1.2 Growth
  - 1.3 Acquisitions
  - 1.4 Partnerships
- 2 Products and services
  - 2.1 Advertising
  - 2.2 Web-based software
  - 2.3 Enterprise products
- 3 Platform
- 4 Corporate affairs and culture
  - 4.1 Googleplex
  - 4.2 Innovation time off
  - 4.3 Easter eggs and April Fool's Day jokes
  - 4.4 IPO and culture
  - 4.5 Philanthropy
- 5 Criticism
- 6 See also
- 7 References
- 8 Further reading
- 9 External links

## History

# EXHIBIT 2



# EXHIBIT 3



Legal Form Center - Windows Internet Explorer

http://www.attorneyyellowpages.com/LegalFormCenter.html

File   Edit   View   Favorites   Tools   Help

Legal Form Center                                                            Page ▾   Tools ▾



# Attorney Yellow Pages.com®
## The Nation's Premier Online Attorney Directory



Home          Advertise With Us

**Search For:**

Lawyer or Firm
*(Last Name)*

Area of Law *
All Areas of Law  ▾
City or ZIP

State *
▾

* *Required Field*

Ads by Google
Utah Lawyer
Attorney
Legal Advice
Legal Services

Ads by Google
Law
Legal Advice
Montana Lawyer
Legal Services

Ads by Google

**LegalZoom (Official
Site)**
The Leading Online Legal
Center. As Seen In USA
Today & Entrepreneur

**Estate Planning**
Protect Your Family &
Assets. Contact Us Today!

**Freedman Law Firm**
Trusts and Estates
Specialists Probate.
Estate Planning. Elder
Law

**LessThan Legal Zoom
Trust**
Will Beat Legal Zoom Fam
Trust Pkg Only Thru June.
Call 866-TRUST-99

**Legal Research &
Writing**
Providing Legal Research
& Writing To Small Firms
and Solos.

## AttorneyYellowPages.com -- Legal Form Center

No time to fill out the forms yourself? Let us do it for you! Attorney Yellow Pages has partnered with
LegalZoom.com, the nation's leading online legal service, to help you quickly and easily incorporate your
business online. Just complete a simple online questionnaire. Just click to "Get Started" today.

### 1. Incorporation:
Incorporating your business is a great way to protect your personal assets from company liabilities such as
creditors or lawsuits. In fact, many people incorporate for this reason alone. But that's not the only advantage.

The corporate business structure also saves you money in taxes, provides greater business flexibility and makes it
easier to seek outside investment. LegalZoom can help you incorporate your business in 3 simple steps.
Just Click Here to "Get Started" to Incorporate today.

### 2. LLC:
A Limited Liability Company (LLC) protects your assets like a corporation, but without the burden of corporate
maintenance. (Compare: LLCs vs Corporations.) That's why it's becoming the most popular way to start a
business.

With a LLC, you can elect to be taxed as a corporation, or avoid "double taxation" by choosing to be a "pass-
through" entity. LegalZoom can form your LLC in 3 simple steps.
Just Click Here to "Get Started" started on your LLC today!

### 3. DBA (Doing Business As):
DBA is an abbreviation for "doing business as." Registering a DBA is required if you plan to operate your business
under a name that differs from your company's legal name.

With a DBA you can legally open a bank account and conduct other transactions using your trade name. This is a
critical first step toward building name recognition for your business. LegalZoom can help you register your DBA in
3 simple steps.
Just Click Here to "Get Started" started on your DBA today!

### 4. Copyright:
Copyrighting your creative work protects it from unauthorized use. With a registered copyright, you control how
your work is reproduced, distributed and presented publicly.

LegalZoom can help you quickly and easily copyright original works of authorship including books, movies, songs,
paintings, photographs, choreography, and website content.
Just Click Here to "Get Started" on your Copyright today!

### 5. Trademark:
A trademark is the one of the most important business assets you'll ever own. It's your name, your logo, or any
other symbol that distinguishes your company or products in the marketplace.

Registering your trademark prevents others from using your business identity to market their own products, which
can confuse your customers and damage your brand. LegalZoom can help you register your trademark in 3 easy
steps.
Just Click Here to "Get Started" started on your Trademark today!

### 6. Divorce:
Divorce doesn't have to be complicated or costly. If you and your spouse can agree on how to divide property and
resolve any child-related issues, you can file what's known as an uncontested divorce.

An uncontested divorce does not require an attorney and moves much faster through the court system, saving
you time, money and stress. In many cases, you may not even need to appear before a judge. LegalZoom can
help you file for an uncontested divorce in 3 simple steps.
Just Click Here to "Get Started" started on your Divorce today!

### 7. Wills:
If you're like most Americans, a will could be the most important legal document that you ever sign. Without one,
the courts - and not you - decide what happens to your assets. They can even decide what happens to your
children.

The good news is you don't need an attorney or a lot of time to prepare a custom, high-quality will. LegalZoom's
simple 3-step process makes it fast, easy and affordable to prepare a comprehensive will, complete with advanced
provisions.
Just Click Here to "Get Started" started on your Will today!

### 8. Living Will:
A living will lets you specify decisions about artificial life support in advance. It not only ensures your wishes will be

Done                                                                        Internet          100%



LessThan Legal Zoom Trust
Will Beat Legal Zoom Fam Trust Pkg Only Thru June. Call 855-TRUST-99

Legal Research & Writing
Providing Legal Research & Writing To Small Firms and Solos.

An uncontested divorce does not require an attorney and moves much faster through the court system, saving you time, money and stress. In many cases, you may not even need to appear before a judge. LegalZoom can help you file for an uncontested divorce in 3 simple steps.
Just Click Here to "Get Started" started on your Divorce today!

**7. Wills:**
If you're like most Americans, a will could be the most important legal document that you ever sign. Without one, the courts - and not you - decide what happens to your assets. They can even decide what happens to your children.

The good news is you don't need an attorney or a lot of time to prepare a custom, high-quality will. LegalZoom's simple 3-step process makes it fast, easy and affordable to prepare a comprehensive will, complete with advanced provisions.
Just Click Here to "Get Started" started on your Will today!

**8. Living Will:**
A living will lets you specify decisions about artificial life support in advance. It not only ensures your wishes will be heard, but also protects your loved ones from having to make these difficult, deeply personal choices for you.

A LegalZoom Living Will also includes a free Health Care Power of Attorney that lets you appoint someone you trust to make specific healthcare decisions for you.
Just Click Here to "Get Started" started on your Living Will today!

**9. Living Trust:**
The popularity of the living trust has soared in recent years as more people discover its significant estate planning benefits. Like a last will, a living trust allows you to transfer property to beneficiaries—but with one key difference.

A living trust is not subject to probate, which can tie up your estate for years and consume a large portion of its value in court fees. LegalZoom can help you create a living trust in 3 simple steps.
Just Click Here to "Get Started" started on your Living Trust today!

**10. Powers of Attorney:**
A Power of Attorney lets you appoint someone you trust to manage important financial and legal matters on your behalf. You can choose to have it take effect immediately or only go into effect in the event of illness or incapacitation.

Common uses for a Power of Attorney include authorizing someone to handle a complex legal transaction or manage your financial affairs while you're on vacation. LegalZoom can help you create a power of attorney in 3 simple steps.
Just Click Here to "Get Started" started on your Power of Attorney today!

**11. Name Change:**
Legally changing your name doesn't have to be complicated. LegalZoom can help you easily obtain a court-ordered name change. Once granted, you can change your name on all financial and government records. A legal name change also ensures your identity and history are linked to your new name.

LegalZoom will prepare all the required, county-specific documents and send them to you along with easy filing instructions to make your new name official.
Just Click Here to "Get Started" started on your Name Change today!

**12. Patents:**
Receive immediate "Patent Pending" status and secure a priority filing date for a full 12 months. A Provisional Patent protects the way your invention works and how it's used. It's a quick and inexpensive way to protect your machine, manufactured item or business process.

Design patents protect the unique appearance (but not the function) of items that can be manufactured, such as furniture, containers and clothing. LegalZoom can help you file a full Design Patent - quickly and economically.
Just Click Here to "Get Started" started on your Patent today!

Ads by Google      Law Office      Legal Counsel      Family Lawyer      Contract Law





CHECK ORDER STATUS | MY ACCOUNT | CONTACT US | (800) 773-0888   [Search]



**Incorporations, LLCs & DBAs** | **Wills & Living Trusts** | **Trademarks, Patents & Copyrights** | **Divorce & Name Change** | **More Legal Documents**



## We put the law on your side
*"Simple, fast customer service." - THE WALL STREET JOURNAL*

   



**legalzoom** LEGAL DOCUMENT SERVICE

Save time and money on common legal matters! Created by top attorneys, LegalZoom helps you create reliable legal documents from your home or office. Simply answer a few questions online and your documents will be prepared within 48 hours.* We even review your answers and guarantee your satisfaction.

### Business Formations
› Incorporation
› LLC (Limited Liability Co.)
› DBA/Business Names
› LP (Limited Partnership)
› Non-Profit Corporation
› Limited Liability Partnership
› More Business Services

### Wills & Living Trusts
› Wills
› Living Trusts
› Living Wills
› Power of Attorney

### Trademarks, Patents & Copyrights
› Trademarks
› Patents
› Copyrights
› More Trademark Services

### Divorce & Name Change
› Divorce
› Name Change
› Power of Attorney

### More Legal Documents
› Bankruptcy
› Small Claims
› Real Estate Leases
› Real Estate Deed Transfer
› Additional Legal Forms

## Choose a Service

INCORPORATIONS ➡ | LLC ➡
 
WILLS ➡ | TRADEMARKS ➡

See Full List of Services
LLCs   [Go]

## Education Center

LegalZoom's Education Center allows you to access the information you need to make informed decisions.
➡ Click here to learn more

## Help Me Compare
› Should I incorporate or form an LLC?
› Last Will, Living Trust or Living Will?
› Do I need a Trademark or a Copyright?
› Which type of Patent?

## About LegalZoom

LegalZoom was developed by expert attorneys with experience at the most prestigious law firms in the country.
**Robert Shapiro, co-founder**
➡ Click here to learn more

**LegalZoom Newsletter**
Sign up for our free monthly newsletter and receive periodic special offers.
 [Submit]

**Attorney Locator**
Click here to access our Attorney Locator for Personal Injury, Bankruptcy, Lawsuits and more.
[Go]

* Excludes divorce. See individual process descriptions for details.

ARE YOU A LAWYER?
Join the LegalZoom Network

About Us | Contact Us | Press | Careers | Articles | Privacy | Affiliate Program | Sitemap        ☎ (800) 773-0888

© LegalZoom.com, Inc. All rights reserved.
Disclaimer: The information provided in this site is not legal advice, but general information on legal issues commonly encountered. LegalZoom's Legal Document Service is not a law firm and is not a substitute for an attorney or law firm. LegalZoom cannot provide legal advice and can only provide self-help services at your specific direction. Please note that your access to and use of LegalZoom.com is subject to additional terms and conditions. LegalZoom.com, Inc. is a registered and bonded legal document assistant, #0104, Los Angeles County (exp. 12/09).
Click here for our full disclaimer. Click here for site directory.




BBB OnLine
RELIABILITY PROGRAM

VeriSign Secure Site

About Us
Additional Business Services
Affiliate
Articles
Copyright Registration
DBA Business Names
DBA State Requirements
Design Patent
Divorce
Divorce Name Change
Incorporations
Incorporations State Requirements

Limited Liability Partnerships
Living Trusts
Living Trusts State Requirements
Living Wills
Living Will State Requirements
LLC Limited Liability Co
LLC State Requirements
LP Limited Partnerships
Name Change
Non-Profit Corporation
Patent Search

Power of Attorney
Press
Provisional Patents
Real Estate Leases
Small Claims
Trademark Monitoring
Trademark Registration
Trademark Search
Trademarks State Requirements
Wills
Wills State Requirements



# legalzoom.com™

HOME | ABOUT US | MY ACCOUNT | CONTACT US    ☎ (800) 773-0888

| Incorporations, LLCs & DBAs | Wills & Living Trusts | Trademarks, Patents & Copyrights | Divorce & Name Change | More Legal Documents |

## LEGALZOOM PARTNERS









**CiT**

**Entrepreneur**®





## *Affiliate Program*

Home | Affiliate Program

### Affiliate Program

Looking for additional revenues for your website? Want to partner with the premiere online legal document service and monetize the internet traffic you already receive?

**Become a LegalZoom Affiliate in 3 easy steps:**

1. Sign up online and create your account.

2. Add links, banners and content to your website.

3. Deposit monthly commission checks from LegalZoom.

· Increase revenues from your website

· Receive 15% Commission Per Sale

· Partner with the industry leader

· Sign Up is Free – There is no risk!

**Get Started**

Or, existing affiliates log in here.

**Affiliate Program Benefits:**

· Partner with the premiere online legal document company.
· Offer value-added legal document services to your customers.
· Monetize the Internet traffic you already get by sending surfers to LegalZoom.
· High average product sales price, and high customer conversion rates.

**Get Started**

Or, existing affiliates log in here.

About Us | Contact Us | Press | Careers | Articles | Privacy | Affiliate Program | Sitemap    ☎ (800) 773-0888

© LegalZoom.com, Inc. All rights reserved.
Disclaimer: The information provided in this site is not legal advice, but general information on legal issues commonly encountered. LegalZoom's Legal Document Service is not a law firm and is not a substitute for an attorney or law firm. Your access and use of this site is subject to additional terms and conditions.
Click here for our full disclaimer. Click here for site directory.





ATTORNEYYELLOWPAGES.COM, LLC Terms and Conditions of Use
OUR USE OF ATTORNEYYELLOWPAGES.COM WEB SITE CONSTITUTES YOUR
AGREEMENT TO BE BOUND BY THESE TERMS AND CONDITIONS OF USE. IF
YOU DO NOT AGREE TO BE BOUND BY THESE TERMS AND CONDITIONS OF
USE, YOU MUST NOT USE OR MUST IMMEDIATELY TERMINATE YOUR USE OF
THIS WEB SITE.

1. Purpose of ATTORNEYYELLOWPAGES.COM Web Site. The
ATTORNEYYELLOWPAGES.COM Web Site is a service made available by
AttorneyYellowPages.com, LLC. ATTORNEYYELLOWPAGES.COM contains a
searchable listing of lawyers and law firms. These lawyers and law firms provide the
information in their individual listing. ATTORNEYYELLOWPAGES.COM, LLC does not
warrant the validity of the information, nor does it guarantee the quality of the work
product of the lawyers and law firms. The determination of the need for legal services
and the choice of a lawyer or law firm are important decisions and should not be based
solely upon ATTORNEYYELLOWPAGES.COM or any lawyer or law firm self-proclaimed
areas of practice. ATTORNEYYELLOWPAGES.COM, LLC does not review the content
of the listings that are provided by the lawyers or law firms or any links to the
ATTORNEYYELLOWPAGES.COM. ATTORNEYYELLOWPAGES.COM, LLC is not
responsible for any material or information contained in the linked sites or provided by
lawyers. A description or indication of limitation of practice by a lawyer does not mean
that any agency or board has certified such lawyer as a specialist or expert in any
indicated field of law, nor does it mean that such lawyer is necessarily any more expert
or competent than any other lawyer. All users of ATTORNEYYELLOWPAGES.COM are
urged to make their own independent investigation and evaluation of any lawyer or law
firm they might consider hiring for professional legal advice.

2. Limited License; Permitted Uses. You are granted a non-exclusive, non-transferable,
revocable license (1) to access and use the ATTORNEYYELLOWPAGES.COM strictly
in accordance with these Terms and Conditions of Use; (2) to use
ATTORNEYYELLOWPAGES.COM and the included lawyers and law firms solely for
internal, personal, non-commercial purposes; and (3) to print out discrete information
and search results from the ATTORNEYYELLOWPAGES.COM and the included
lawyers and law firms solely for internal, personal, non-commercial purposes and
provided that you maintain all copyright and other notices contained therein.

3. Restrictions and Prohibitions on Use. Your license to access and use
ATTORNEYYELLOWPAGES.COM and the included lawyers and law firms are subject
to the following restrictions and prohibitions on use. You may not (1) copy, print (except
for the express limited purpose permitted by paragraph 2, above), republish, display,
transmit, distribute, sell, rent, lease, loan or otherwise make available in any form or by
any means all or any portion of ATTORNEYYELLOWPAGES.COM, included lawyers
and law firms or any information or materials retrieved from
ATTORNEYYELLOWPAGES.COM or its contents; (2) use the lawyers and law firms or
any other materials from the ATTORNEYYELLOWPAGES.COM to develop, or as a
component of, an information storage and retrieval system, database, or similar
information resource (in any media now existing or hereafter developed), that is offered
for commercial distribution of any kind, including through sale, license, lease, rental,
subscription, or any other commercial distribution mechanism; (3) create compilations or
derivative works of the lawyers and law firms Directory or any other materials from
ATTORNEYYELLOWPAGES.COM; (4) use the included lawyers and law firms or any

other materials from ATTORNEYYELLOWPAGES.COM in any manner that may infringe any copyright, intellectual property right, proprietary right, or property right of Provider or any third parties; (5) remove, change, or obscure any copyright notice or other proprietary notice or terms of use contained in ATTORNEYYELLOWPAGES.COM; (6) make any portion of ATTORNEYYELLOWPAGES.COM or the included lawyers and law firms available through any timesharing system, service bureau, the Internet, or any other technology now existing or developed in the future; (7) remove, disable, defeat or change any functionality or appearance of ATTORNEYYELLOWPAGES.COM; (8) decompile, disassemble or reverse engineer any ATTORNEYYELLOWPAGES.COM Web Site software or use any network monitoring or discovery software to determine the site architecture; (9) use any automatic or manual process to harvest information from ATTORNEYYELLOWPAGES.COM; (10) use ATTORNEYYELLOWPAGES.COM or included lawyers and law firms for purposes of gathering information for or transmitting (a) unsolicited commercial email; (b) email that makes use of ATTORNEYYELLOWPAGES.COM name or trademarks, including in connection with invalid or forged headers, invalid or nonexistent domain names, or other means of deceptive addressing; and (c) unsolicited telephone calls or facsimile transmissions; (11) use ATTORNEYYELLOWPAGES.COM or included lawyers and law firm in a manner that violates any state or federal law regulating commercial email, facsimile transmissions or telephone solicitations; and (12) export or re-export ATTORNEYYELLOWPAGES.COM or any portion thereof, or any software available on or through ATTORNEYYELLOWPAGES.COM, in violation of the export control laws and regulations of the United States.

4. Policy on Unsolicited Commercial Email. ATTORNEYYELLOWPAGES.COM, LLC does not authorize the use of ATTORNEYYELLOWPAGES.COM or included lawyers and law firms for purpose of gathering information for or transmitting unsolicited bulk commercial email over the Internet to lawyers and law firms or other third parties. Internet email sent to or through ATTORNEYYELLOWPAGES.COM's computer systems or to included lawyers and law firms or other third parties containing invalid or forged headers, invalid or non-existent domain names or other deceptive addressing is deemed counterfeit; the sending or attempt to send counterfeit email to or through ATTORNEYYELLOWPAGES.COM's computer systems is strictly prohibited. Email that is relayed to or through ATTORNEYYELLOWPAGES.COM's computer systems from a third party's mail servers without permission of such third party, or which employs a similar device to hide the real source of the email is also strictly prohibited. ATTORNEYYELLOWPAGES.COM, LLC prohibits anyone from sending email to or through its computer systems that violates these Terms and Conditions of Use. ATTORNEYYELLOWPAGES.COM, LLC prohibits the harvesting of email addresses from the ATTORNEYYELLOWPAGES.COM Web Site for the purpose of sending unsolicited bulk commercial email.

5. No Legal Advice or Attorney-Client Relationship. Information contained on or made available through ATTORNEYYELLOWPAGES.COM is not intended to and does not constitute legal advice, recommendations, mediation or counseling under any circumstance and no attorney-client relationship is formed. Nothing submitted to ATTORNEYYELLOWPAGES.COM is treated as confidential. ATTORNEYYELLOWPAGES.COM, LLC does not warrant or guarantee the accuracy, completeness, adequacy or currency of the information contained in or linked to ATTORNEYYELLOWPAGES.COM. Your use of information on ATTORNEYYELLOWPAGES.COM or materials linked from

ATTORNEYYELLOWPAGES.COM is entirely at your own risk.
ATTORNEYYELLOWPAGES.COM, LLC is not a law firm and the Web Site
ATTORNEYYELLOWPAGES.COM is not a Lawyer Referral Service.
ATTORNEYYELLOWPAGES.COM, LLC does not receive any portion of any lawyer's or
law firm's fees and any arrangements subsequently made by you and any lawyer or law
firm are strictly between you and such party and do not involve
ATTORNEYYELLOWPAGES.COM, LLC in any way.

6. Intellectual Property Rights. Except for the limited license contained in paragraph 2
above, nothing in these Terms and Conditions of Use grants or should be construed to
grant any licenses or rights, by implication, estoppel or otherwise, under copyright or
other intellectual property rights. You agree that all right, title and interest (including all
copyrights, trademarks, service marks, patents and other intellectual property rights) in
ATTORNEYYELLOWPAGES.COM and its content belong to
ATTORNEYYELLOWPAGES.COM, LLC, its licensors, or included lawyers and law
firms, as applicable.

7. Electronic Commerce. The content on ATTORNEYYELLOWPAGES.COM, including
but not limited to the included lawyers and law firms, and other resources and
information, is for personal use only. Notwithstanding the foregoing, to the extent
ATTORNEYYELLOWPAGES.COM, LLC provides any purchasing opportunities through
electronic commerce, such buying opportunities may be made available for group as
well as personal purchasing according to the particular terms thereof and so long as you
are authorized to make purchases on behalf of such group.

8. No Solicitation. You shall not distribute on or through
ATTORNEYYELLOWPAGES.COM or to any persons or entities identified via
ATTORNEYYELLOWPAGES.COM any content or material containing solicitations or
advertising of any kind without the express prior written permission of
ATTORNEYYELLOWPAGES.COM, LLC. In no event may any person or entity solicit
any lawyers and law firm or create a directory of lawyers or law firms through
ATTORNEYYELLOWPAGES.COM or with data retrieved from
ATTORNEYYELLOWPAGES.COM.

9. Postings. You agree not to post, publish, upload or distribute in the interactive areas
on ATTORNEYYELLOWPAGES.COM any messages, data, information, text, graphics,
links or other material ("Postings") which are unlawful or abusive in any way, including
but not limited to any Postings that are defamatory, pornographic, obscene, threatening,
invasive of privacy or publicity rights, inclusive of hate speech, or would constitute or
encourage a criminal offense, violate the rights of any party, or give rise to liability or
violate any local, state, federal or international law, or the regulations of the U.S.
Securities and Exchange Commission, any rules of any securities exchange such as the
New York Stock Exchange, the American Stock Exchange, or the NASDAQ, either
intentionally or unintentionally. ATTORNEYYELLOWPAGES.COM, LLC may delete your
Posting or terminate your account at any time for any reason without permission from
you. Participants shall not misrepresent their identity or their affiliation with any person or
entity.

10. Attorney Ethics Notice. If you are an attorney, participating in any aspect of
ATTORNEYYELLOWPAGES.COM, including but not limited to, message boards, chat
rooms or email forums you acknowledge that rules of professional conduct apply to all

aspects of your participation and that you will abide by such rules. The rules include, but are not limited to, the rules relating to advertising, solicitation of clients, unauthorized practice of law, and misrepresentations of fact. ATTORNEYYELLOWPAGES.COM, LLC disclaims all responsibility for your compliance with these rules. You further agree and acknowledge that when you participate in any interactive area on ATTORNEYYELLOWPAGES.COM, including but not limited to email forums, chat groups and message boards, you will not offer legal advice and will not solicit employment from prospective clients.

11. Digital Millennium Copyright Act – Notification of Alleged Copyright Infringement. ATTORNEYYELLOWPAGES.COM, LLC has registered an agent with the United States Copyright Office in accordance with the terms of the Digital Millennium Copyright Act (the "Act") and avails itself of the protections under the Act. ATTORNEYYELLOWPAGES.COM,LLC reserves the right to remove any content or links that allegedly infringe another person's copyright. ATTORNEYYELLOWPAGES.COM will terminate, in appropriate circumstances, any subscriber or user accounts that might exist with respect to ATTORNEYYELLOWPAGES.COM's system or network who are repeat offenders of another's copyrights. Notices to ATTORNEYYELLOWPAGES.COM regarding any alleged copyright infringement should be directed to AttorneyYellowPages.com, LLC, 4500 S. Lakeshore Drive, Ste 352, Tempe, Arizona 85282.

12. License of Your Content to ATTORNEYYELLOWPAGES.COM. By uploading content to or submitting any materials for use on ATTORNEYYELLOWPAGES.COM, you grant (or warrant that the owner of such rights has expressly granted) ATTORNEYYELLOWPAGES.COM, LLC a perpetual, royalty-free, irrevocable, non-exclusive right and license to use, reproduce, modify, adapt, publish, translate, create derivative works from and distribute such materials or incorporate such materials into any form, medium, or technology now known or later developed throughout the universe.

13. Linking to the Web Site. You may provide links only to the homepage of ATTORNEYYELLOWPAGES.COM, provided (a) you do not remove or obscure, by framing or otherwise, advertisements, the copyright notice, or other notices on ATTORNEYYELLOWPAGES.COM, (b) you give ATTORNEYYELLOWPAGES.COM, LLC notice of such link by contacting ATTORNEYYELLOWPAGES.COM,LLC, (c) you discontinue providing links to ATTORNEYYELLOWPAGES.COM immediately upon request by ATTORNEYYELLOWPAGES.COM, LLC. If you wish to provide links to a section within ATTORNEYYELLOWPAGES.COM, you should forward your request to ATTORNEYYELLOWPAGES.COM, LLC at AttorneyYellowPages.com, LLC, 4500 S. Lakeshore Drive, Ste 352, Tempe, Arizona 85282.

14. Advertisers. ATTORNEYYELLOWPAGES.COM may contain advertising and sponsorship. Advertisers and sponsors are responsible for ensuring that material submitted for inclusion on ATTORNEYYELLOWPAGES.COM is accurate and complies with applicable laws. ATTORNEYYELLOWPAGES.COM, LLC will not be responsible for the illegality of or any error or inaccuracy in any advertiser's or sponsor's materials.

15. Errors and Corrections. ATTORNEYYELLOWPAGES.COM, LLC does not represent or warrant that ATTORNEYYELLOWPAGES.COM will be error-free, free of viruses or other harmful components, or that defects will be corrected. ATTORNEYYELLOWPAGES.COM, LLC does not warrant or represent that the

information available on or through ATTORNEYYELLOWPAGES.COM will be correct, accurate, timely, or otherwise reliable. Provider may make improvements and/or changes to its features, functionality or content of ATTORNEYYELLOWPAGES.COM at any time.

16. Third-Party Content. Third-party content may appear on ATTORNEYYELLOWPAGES.COM or may be accessible via links from ATTORNEYYELLOWPAGES.COM. ATTORNEYYELLOWPAGES.COM, LLC shall not be responsible for and assumes no liability for any mistakes, misstatements of law, defamation, omissions, falsehood, obscenity, pornography or profanity in the statements, opinions, representations or any other form of content contained in any third-party content appearing on ATTORNEYYELLOWPAGES.COM. You understand that the information and opinions in the third-party content represent solely the thoughts of the author and is neither endorsed by nor does it reflect the belief of ATTORNEYYELLOWPAGES.COM, LLC.

17. DISCLAIMER. THE WEB SITE IS PROVIDED ON AN "AS IS " BASIS. PROVIDER EXPRESSLY DISCLAIMS ALL WARRANTIES, INCLUDING THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. PROVIDER DISCLAIMS ALL RESPONSIBILITY FOR ANY LOSS, INJURY, CLAIM, LIABILITY, OR DAMAGE OF ANY KIND RESULTING FROM, ARISING OUT OF OR ANY WAY RELATED TO (A) ANY ERRORS IN OR OMISSIONS FROM THIS SITE AND ITS CONTENT, INCLUDING BUT NOT LIMITED TO TECHNICAL INACCURACIES AND TYPOGRAPHICAL ERRORS, (B) ANY THIRD PARTY WEB SITES OR CONTENT THEREIN DIRECTLY OR INDIRECTLY ACCESSED THROUGH LINKS IN THIS SITE, INCLUDING BUT NOT LIMITED TO ANY ERRORS IN OR OMISSIONS THEREFROM, (C) THE UNAVAILABILITY OF THIS SITE OR ANY PORTION THEREOF, (D) YOUR USE OF THIS SITE, OR (E) YOUR USE OF ANY EQUIPMENT OR SOFTWARE IN CONNECTION WITH THIS SITE.

18. LIMITATION OF LIABILITY AND DAMAGES.  ATTORNEYYELLOWPAGES.COM, LLC SHALL NOT BE LIABLE FOR ANY LOSS, INJURY, CLAIM, LIABILITY, OR DAMAGE OF ANY KIND RESULTING FROM YOUR USE OF ATTORNEYYELLOWPAGES.COM WEB SITE. ATTORNEYYELLOWPAGES.COM SHALL NOT BE LIABLE FOR ANY SPECIAL, DIRECT, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND WHATSOEVER (INCLUDING, WITHOUT LIMITATION, ATTORNEYS' FEES) IN ANY WAY DUE TO, RESULTING FROM, OR ARISING IN CONNECTION WITH (A) THE USE OF OR INABILITY TO USE ATTORNEYYELLOWPAGES.COM OR THE CONTENT; AND (B) YOUR PARTICIPATION IN A CHAT ROOMS, MESSAGE BOARDS OR EMAIL FORUMS. TO THE EXTENT THIS LIMITATION ON LIABILITY IS PROHIBITED, PROVIDER'S SOLE OBLIGATION TO YOU FOR DAMAGES SHALL BE LIMITED TO $100.00.

19. Unlawful Activity. ATTORNEYYELLOWPAGES.COM, LLC reserves the right to investigate complaints or reported violations of our Terms and Conditions of Use and to take any action we deem appropriate, including but not limited to, reporting any suspected unlawful activity to law enforcement officials, regulators, or other third parties and disclosing any information necessary or appropriate to such persons or entities relating to your profiles, e-mail addresses, usage history, posted materials, IP addresses and traffic information.

20. Indemnification. You are solely liable for any content, messages or other information you transmit, provide or upload to ATTORNEYYELLOWPAGES.COM. You agree to indemnify and hold harmless ATTORNEYYELLOWPAGES.COM, LLC from any third party claim, action, demand, loss, or damages (including attorney's fees and costs) arising out of or relating to your violation of these Terms and Conditions of Use, your use of ATTORNEYYELLOWPAGES.COM, or your violation of any rights of a third party.

21. Remedies for Violations. ATTORNEYYELLOWPAGES.COM, LLC reserves the right to seek all remedies available at law and in equity for violations of these Terms and Conditions of Use, including but not limited to the right to block access from a particular Internet address to any of the ATTORNEYYELLOWPAGES.COM's Web Sites and their features.

22. Governing Law, Jurisdiction and Non-Waiver. These Terms and Conditions of Use are governed by and construed in accordance with the laws of the State of Arizona and any action arising out of or relating to these terms shall be filed only in state or federal courts located in Arizona and you hereby consent and submit to the personal jurisdiction of such courts for the purpose of litigating any such action. The failure of either party to enforce any rights hereunder shall not constitute a waiver of any terms or conditions of these Terms and Conditions of Use.

23. Privacy. Your use of ATTORNEYYELLOWPAGES.COM is also subject to ATTORNEYYELLOWPAGES.COM, LLC Privacy Policy.

24. Severability of Provisions. These Terms and Conditions of Use incorporate by reference all notices and disclaimers contained on ATTORNEYYELLOWPAGES.COM and constitute the entire agreement between you and ATTORNEYYELLOWPAGES.COM, LLC with respect to access to and use of ATTORNEYYELLOWPAGES.COM. If any provision of these Terms and Conditions of Use is found unlawful, void or unenforceable, then that provision shall be deemed severable from the remaining provisions and shall not affect their validity and enforceability.

25. Modifications to Terms of Use. ATTORNEYYELLOWPAGES.COM, LLC reserves the right to change these Terms and Conditions of Use at any time. Updated versions of the Terms and Conditions of Use will appear on ATTORNEYYELLOWPAGES.COM and are effective immediately. You are responsible for regularly reviewing the Terms and Conditions of Use. Continued use of ATTORNEYYELLOWPAGES.COM after any such changes constitutes your consent to such changes.

# EXHIBIT 5





**Search For**

**Lawyer or Firm**
*(Last Name)*

**Area of Law ***
All Areas of Law

**City or ZIP**

**State ***   search

*\* Required field*

# ATTORNEYYELLOWPAGES.COM, LLC Privacy Policy

**Information Collected:** AttorneyYellowPages.com, LLC, respects the privacy and security of its users. Our goal is to provide you with a personalized Internet experience that delivers the information, resources, and services that are helpful to you.

ATTORNEYYELLOWPAGES.COM Web site may track certain non-personally-identifiable information about the visits to ATTORNEYYELLOWPAGES.COM. We compile aggregate statistics that show the numbers and frequency of visitors to ATTORNEYYELLOWPAGES.COM and its individual pages. These statistics are used internally to improve ATTORNEYYELLOWPAGES.COM and for product development and marketing purposes generally.The non-personal statistics may also be provided to advertisers and other third parties for certain purposes.

For these purposes, AttorneyYellowPages.com may collect certain information from and about its users in different ways: directly from the user, from our Web server logs and with cookies.

**Web server logs:** When you visit AttorneyYellowPages.com, we may track information to administer the site and analyze its usage. Examples of information we may track include:

- your Internet protocol address
- what kind of browser or computer you use
- the number of links you click within the site
- the state or country from which you accessed the site
- the date and time of your visit
- the name of your Internet service provider
- the Web page you linked to our site from
- the pages you viewed on the site

**Cookies:** ATTORNEYYELLOWPAGES.COM, LLC may use cookies (i.e., small bits of text that our servers place into a file on your computer's hard drive). This is used to save your preferences and login information, and provide personalized functionality. You can reject cookies by changing your browser settings, but be aware that this may disable some of the functionality on ATTORNEYYELLOWPAGES.COM.

**Personal information users give us:** On ATTORNEYYELLOWPAGES.COM, visitors may, at times, register to purchase products or services, receive personalized content and participate in surveys, sweepstakes or other promotional offers or contests. When you register, we will ask you for some personal information. Participation in the areas that require it is completely optional. You may decide not to provide the information and not to visit or access the areas that require it.

If purchasing a product, we will request financial information to process your order. Any financial information that is collected will be used only to bill you for the products and services purchased. If you purchase by credit card, this information may be forwarded to your credit card provider.

For other types of registrations, we will ask for your name, address, e-mail address or telephone number.  ATTORNEYYELLOWPAGES.COM may then contact you with information about other AttorneyYellowPages.com products and services.

Finally, you may be asked to disclose personal information to us so that we can provide assistance and information to you. For example, we may collect personal information from you (such as an e-mail address, system information and problem descriptions) in order to provide online technical support and troubleshooting.

ATTORNEYYELLOWPAGES.COM may merge your information collected at ATTORNEYYELLOWPAGES.COM with similar data from third parties for purposes of marketing products or services to you.

6/11/2008 12:33 PM

We will not disclose it to any person or organization outside
ATTORNEYYELLOWPAGES.COM, LLC. except as described in this Privacy
Policy.

**Data Security:** To prevent unauthorized access to your personal
information, maintain data accuracy, and ensure the correct use of
information, we have put in place appropriate physical, electronic, and
managerial procedures to safeguard and secure the information we collect
online.

**Correction of Your Information:** You can request a copy of the
personally-identifiable information that ATTORNEYYELLOWPAGES.COM
has collected about you via the Internet by contacting us at
ATTORNEYYELLOWPAGES.COM, LLC, 4500 South Lakeshore Drive, Suite
352, Tempe, Arizona  85282.

Home | Advertise With Us | Terms
and Conditions | Privacy
Policy | Disclaimer | Copyright
Notice | About Us | Site
Map | Google | Law Schools | Crossword
Puzzle | The Law Store | Legal Form
Center | LawWeb TV.com | Google Search



www.attorneyyellowpages.com © 2006 - 2008
AttorneyYellowPages.com, LLC, all rights reserved.
Arizona Web Design: BBB Systems, llc

# EXHIBIT 6



Help

Search AdSense Help

## AdSense Terms and Conditions

The Terms and Conditions vary according to the country where your billing address is located. Please choose your billing country below to view the appropriate Terms and Conditions.

My billing address is located in:  United States

**Terms and Conditions:**

### Google AdSense™ Online Standard Terms and Conditions

**PLEASE READ VERY CAREFULLY THESE TERMS AND CONDITIONS AND THE FAQ BEFORE REGISTERING FOR THE GOOGLE ADSENSE ONLINE PROGRAM. PARTICIPATION IN THE GOOGLE ADSENSE ONLINE PROGRAM INDICATES THAT YOU ACCEPT THESE TERMS AND CONDITIONS. IF YOU DO NOT ACCEPT THESE TERMS AND CONDITIONS, PLEASE DO NOT REGISTER FOR OR PARTICIPATE IN THE GOOGLE ADSENSE ONLINE PROGRAM.**

**Introduction.** This agreement ("*Agreement*") between You and Google Inc. ("*Google*") consists of these Google AdSense Online Program (the "*Program*") Standard Terms and Conditions ("*Terms and Conditions*"). A description of the Program, as generally offered by Google, is available at the Program Frequently Asked Questions ("*FAQ*") URL, located at https://www.google.com/adsense/faq, or such other URL as Google may provide from time to time. "*You*" or "*Publisher*" means any entity identified in an enrollment form submitted by the same or affiliated persons, and/or any agency or network acting on its (or their) behalf, which shall also be bound by the terms of this Agreement.

1.   **Program Participation.** Participation in the Program is subject to Google's prior approval and Your continued compliance with the Program Policies ("*Program Policies*"), located at https://www.google.com/adsense/policies, and/or such other URL as Google may provide from time to time. Google reserves the right to

AdSense Blog - AdSense Forum - Privacy Policy - Program Policies

© 2008 Google

refuse participation to any applicant or participant at any time in its sole discretion. By enrolling in the Program, You represent that You are at least 18 years of age and agree that Google may serve (a) third party and/or Google provided advertisements and/or other content (such third party provided advertisements, Google provided advertisements and other content, collectively, "Ads"), provided, however, that if Google serves non-compensated content, You will have the ability to opt out of receiving such content as part of the Program, (b) related Google queries and/or Ad search box(es) (collectively, "Links"), (c) Google Web and/or Site search results (collectively, "Search Results"), and/or (d) Google referral Ads ("Referral Buttons"), each in connection with the Web site(s), media player(s), video content and/or mobile content that You designate, or such other properties expressly authorized in writing by Google (including by electronic mail) (such other properties, "Other Properties"), and the Atom, RSS, or other feeds distributed through such Web site(s) , media player(s), video content, mobile content and/or Other Properties (each such Web site, media player, video content, mobile content, Other Property or feed, a "Property"). For the avoidance of doubt, any reference in this Agreement or the Program Policies to an individual "Web page", "Web site", "Web site page" or the like that is part of the Property will also mean feeds and media players distributed through such Web site. Multiple accounts held by the same individual or entity are subject to immediate termination unless expressly authorized in writing by Google (including by electronic mail).  In some circumstances expressly authorized in writing by Google (including by electronic mail), You may enroll in the Program and create an account for the sole purpose of receiving payment from Google, and not, for purposes of clarification, for the purpose of displaying Ads, Links, Search Results and/or Referral Buttons on a Property.  If, however, You subsequently use your Account to participate in the Program (i.e. for the purpose of displaying Ads, Links, Search Results and/or Referral Buttons on a Property), then such use of the Program will be governed by the terms of this Agreement.  You must have and abide by an appropriate privacy policy that clearly discloses that third parties may be placing and reading cookies on your users' browser, or using web beacons to collect information, in the course of ads being served on your website.  Your privacy policy should also include information about user options for cookie management.

2.     Implementation and Operation of Ads, Search Results, and Referrals. You agree to comply with the specifications provided by Google from time to time to enable proper delivery, display, tracking, and reporting of Ads, Links, Search Results, Referral Buttons, and Google Brand Features (as defined in Section 12 below) in connection with Your Property(ies), including without limitation by not modifying the JavaScript or other programming provided to You by Google in any way, unless expressly authorized in writing by Google (including by electronic mail).

o      AdSense for Search. If You have elected to receive Search Results, You will display on Your Property(ies) a Google search box (a "Search Box") in accordance with the specifications provided by Google. Except for related Google queries, all search queries (including queries entered into an Ad search box) must originate from individual human end users inputting data directly into a Search Box (or Ad search box, as applicable) on Your Property(ies). You will send any and all queries (without editing, filtering, truncating, appending terms to or otherwise modifying such queries individually or in the aggregate) to Google and Google will use commercially reasonable efforts to provide You with corresponding Search Results and/or Ads, as applicable and as available. Search Results and any accompanying Ads will be displayed on Web pages that may be hosted by Google (each, a "Search Results Page"), and the format, look

and feel of those Web pages hosted by Google may be modified by Google from time to time.

o     AdSense for Content. All content and Property-based Ads (and Ads served in response to end user clicks on and queries entered into Links, if any) shall be grouped by Google and displayed with Links (where applicable) to end users of the Property(ies) as ad units (such groups of Ads and/or Links collectively referred to as "Ad Units") in standard formats as offered generally by Google from time to time, as may be described in the FAQ. You may select a format approved by Google for the display of Ad Units in connection with the Property(ies), but You acknowledge and agree that Ads and/or Links: (i) shall only be displayed in connection with the Property(ies), each of which is subject to review and approval by Google in its discretion at any time; and (ii) shall be subject to the placement guidelines set forth herein.

o     Referrals. If You have elected to use the Google AdSense Referrals feature, You will implement any Referral Buttons on Your Property(ies) in accordance with the specifications provided by Google. End users who click on a Referral Button will be directed to a Web page that may be hosted by Google ("Referral Page"), and the format, look and feel of those Web pages hosted by Google may be modified by Google from time to time. A "Referral Event" will be initiated when an end user clicks on a Referral Button from the Property and will be completed when the referral requirements for the relevant product are satisfied in accordance with this Agreement. Such referral requirements, along with the payment amount applicable to the Referral Event, are located at https://www.google.com/adsense/referrals, or such other URL as Google may provide from time to time. You agree to comply with the specifications provided by Google from time to time to enable proper tracking and reporting of Referral Events in connection with Your Property. You shall not promote or facilitate a Referral Event by any means other than displaying a Referral Button on the Property, unless expressly authorized in writing by Google (including by electronic mail).

o     AdSense for Video. If you have elected to use AdSense for Video, Your participation is subject to your continued compliance with the AdSense for Video Program policies located at http://adsense.google.com/support/bin/answer.py?answer=73987 or the URL as Google may provide from time to time.  All Ads (including Ads served in response to end user clicks on and queries entered into Links, if any) shall be (1) grouped by Google and displayed with Links (where applicable) to end users of the Property(ies) as Ad Unit(s) or (2) pre-, post- or interstitial roll in connection with third party video content, in each case in standard formats as offered generally by Google from time to time, as may be further described in the applicable policies.  You acknowledge and agree that the Ads will be displayed on the Property in a video format approved by Google, and that such Ads: (i) shall only be displayed in connection with the Property(ies) and non-advertisement video content (collectively "Video Media"), all of which is subject to review and approval by Google in its discretion at any time; and (ii) shall only be requested in connection with end user initiated Video Media.  In addition, You agree that You may only display one (1) Ad Unit within Your media player at any single time, unless otherwise approved by Google in writing.

o     General; Serviced Pages; Filtering; Beta Features. You agree not to display on the same Web page in connection with which any Ad Unit, Ad, Link, Search Box, or Referral Button is displayed (a "Serviced Page") any advertisement(s) or content that an end user

of Your Property(ies) would reasonably confuse with a Google advertisement or otherwise associate with Google. Certain Google services available as part of the Program may contain filtering capability, such as SafeSearch or AdSafe, that You may access through Your account. However, if You elect to enable any such filters, You acknowledge and agree that: (i) it is Your responsibility to enable such features in accordance with the specifications provided by Google, and (ii) Google does not and cannot commit that all results (including Ads, Links and Search Results) will be limited to results elected by enabling such filter(s). Some Program features are identified as "Beta" or otherwise unsupported ("Beta Features").  To the fullest extent permitted by law, Beta Features are provided "as is" and at Your option and risk.  You shall not disclose to any third party any information from Beta Features, existence of non-public Beta Features or access to Beta Features.  .

3.      Communications Solely With Google. You agree to direct to Google, and not to any advertiser, any communication regarding any Ad(s) or Link(s) displayed in connection with Your Property(ies).

4.      Parties' Responsibilities. You are solely responsible for the Property(ies), including all content and materials, maintenance and operation thereof, the proper implementation of Google's specifications, and adherence to the terms of this Agreement, including compliance with the Program Policies. Google reserves the right to investigate, at its own discretion, any activity that may violate this Agreement, including but not limited to any use of a software application to access Ads, Links, Search Results, or Referral Buttons or to complete any Referral Event, or any engagement in any activity prohibited by this Agreement. Google is not responsible for anything related to Your Property(ies), including without limitation the receipt of queries from end users of Your Property(ies) or the transmission of data between Your Property(ies) and Google. In addition, Google shall not be obligated to provide notice to You in the event that any Ad, Link, Search Result, or Referral Button is not being displayed properly to, or Referral Event is not being completed properly by, end users of the Property(ies).

5.      .Prohibited Uses. You shall not, and shall not authorize or encourage any third party to: (i) directly or indirectly generate queries, Referral Events, or impressions of or clicks on any Ad, Link, Search Result, or Referral Button  (including without limitation by clicking on "play" for any video Ad) through any automated, deceptive, fraudulent or other invalid means, including but not limited to through repeated manual clicks, the use of robots or other automated query tools and/or computer generated search requests, and/or the unauthorized use of other search engine optimization services and/or software; (ii) edit, modify, filter, truncate or change the order of the information contained in any Ad, Link, Ad Unit, Search Result, or Referral Button, or remove, obscure or minimize any Ad, Link, Ad Unit, Search Result, or Referral Button in any way without authorization from Google; (iii) frame, minimize, remove or otherwise inhibit the full and complete display of any Web page accessed by an end user after clicking on any part of an Ad ("Advertiser Page"), any Search Results Page, or any Referral Page; (iv) redirect an end user away from any Advertiser Page, Search Results Page, or Referral Page; provide a version of the Advertiser Page, Search Results Page, or Referral Page that is different from the page an end user would access by going directly to the Advertiser Page, Search Results Page, or Referral Page; intersperse any content between the Ad and the Advertiser Page, between the page containing the Search Box and the Search Results Page, or between the Referral Button and the Referral Page; or otherwise provide anything other than a direct link from an Ad to an Advertiser Page, from the page

containing the Search Box to the Search Results Page, or from the Referral Button to the Referral Page; (v) display any Ad(s), Link(s), or Referral Button(s) on any Web page or any Web site that contains any pornographic, hate-related, violent, or illegal content; (vi) directly or indirectly access, launch, and/or activate Ads, Links, Search Results, or Referral Buttons through or from, or otherwise incorporate the Ads, Links, Search Results, or Referral Buttons in, any software application, Web site, or other means other than Your Property(ies), and then only to the extent expressly permitted by this Agreement; (vii) "crawl", "spider", index or in any non-transitory manner store or cache information obtained from any Ads, Links, Search Results, or Referral Events, or any part, copy, or derivative thereto; (viii) act in any way that violates any Program Policies posted on the Google Web Site, as may be revised from time to time, or any other agreement between You and Google (including without limitation the Google AdWords program terms); (ix) disseminate malware; (x) create a new account to use the Program after Google has terminated this Agreement with You as a result of your breach of this Agreement; or (xi) engage in any action or practice that reflects poorly on Google or otherwise disparages or devalues Google's reputation or goodwill. You acknowledge that any attempted participation or violation of any of the foregoing is a material breach of this Agreement and that we may pursue any and all applicable legal and equitable remedies against You, including an immediate suspension of Your account or termination of this Agreement, and the pursuit of all available civil or criminal remedies.

6.     Termination; Cancellation. Subject to any third party agreements You may have with other Google customers (e.g., Your Web hosting company), You may stop displaying Ads, Links, Search Boxes, or Referral Buttons on any Property in the Program with or without cause at any time by removing the Google JavaScript or similar programming from Your Properties. You may terminate this Agreement with or without cause at any time by sending written notice of your desire to cancel Your participation in the Program to adsense-support@google.com. This Agreement will be deemed terminated within ten (10) business days of Google's receipt of Your notice. Google may investigate any activity that may violate this Agreement. Google may at any time, in its sole discretion, terminate all or part of the Program, terminate this Agreement, or suspend or terminate the participation of any Property in all or part of the Program for any reason. In addition, Google reserves the right to terminate without notice any account that has not generated a sufficient number of valid clicks on Ads or Referral Buttons or valid impressions of Ads (in each case as measured by Google) for a period of two (2) months or more. Upon termination of participation of any Property in the Program or termination of this Agreement for any reason, Sections 3, 6 through 10, and 14 through 17 shall survive termination.

7.     Confidentiality. You agree not to disclose Google Confidential Information without Google's prior written consent. "Google Confidential Information" includes without limitation: (a) all Google software, technology, programming, specifications, materials, guidelines and documentation relating to the Program; (b) click-through rates or other statistics relating to Property performance in the Program provided to You by Google; and (c) any other information designated in writing by Google as "Confidential" or an equivalent designation. However, You may accurately disclose the amount of Google's gross payments to You pursuant to the Program. Google Confidential Information does not include information that has become publicly known through no breach by You or Google, or information that has been (i) independently developed without access to Google Confidential Information, as evidenced in writing; (ii) rightfully received by You from a third party; or (iii) required to be disclosed by law or by a governmental authority.

8.    No Guarantee. Google makes no guarantee regarding the level of impressions of Ads or clicks on any Ad or Referral Button, the timing of delivery of such impressions and/or clicks, the completion of Referral Events, or the amount of any payment to be made to You under this Agreement.  In addition, for the avoidance of doubt, Google does not guarantee the Program will be operable at all times or during any down time (i) caused by outages to any public Internet backbones, networks or servers, (ii) caused by any failures of Your equipment, systems or local access services, (iii) for previously scheduled maintenance or (iv) relating to events beyond Google's (or its wholly owned subsidiaries') control such as strikes, riots, insurrection, fires, floods, explosions, war, governmental action, labor conditions, earthquakes, natural disasters, or interruptions in Internet services to an area where Google (or its wholly owned subsidiaries) or Your servers are located or co-located.

9.    No Warranty. GOOGLE MAKES NO WARRANTY, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WITH RESPECT TO ADVERTISING, LINKS, SEARCH, REFERRALS, AND OTHER SERVICES, AND EXPRESSLY DISCLAIMS THE WARRANTIES OR CONDITIONS OF NONINFRINGEMENT, MERCHANTABILITY, AND FITNESS FOR ANY PARTICULAR PURPOSE. TO THE EXTENT ADS, LINKS, AND SEARCH RESULTS ARE BASED ON OR DISPLAYED IN CONNECTION WITH NON-GOOGLE CONTENT, GOOGLE SHALL NOT HAVE ANY LIABILITY IN CONNECTION WITH THE DISPLAY OF SUCH ADS, LINKS, AND SEARCH RESULTS.

10.  Limitations of Liability; Force Majeure. EXCEPT FOR ANY INDEMNIFICATION AND CONFIDENTIALITY OBLIGATIONS HEREUNDER OR YOUR BREACH OF ANY INTELLECTUAL PROPERTY RIGHTS AND/OR PROPRIETARY INTERESTS RELATING TO THE PROGRAM, (i) IN NO EVENT SHALL EITHER PARTY BE LIABLE UNDER THIS AGREEMENT FOR ANY CONSEQUENTIAL, SPECIAL, INDIRECT, EXEMPLARY, OR PUNITIVE DAMAGES WHETHER IN CONTRACT, TORT OR ANY OTHER LEGAL THEORY, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY AND (ii) GOOGLE'S AGGREGATE LIABILITY TO PUBLISHER UNDER THIS AGREEMENT FOR ANY CLAIM IS LIMITED TO THE NET AMOUNT PAID BY GOOGLE TO PUBLISHER DURING THE THREE MONTH PERIOD IMMEDIATELY PRECEDING THE DATE OF THE CLAIM. Each party acknowledges that the other party has entered into this Agreement relying on the limitations of liability stated herein and that those limitations are an essential basis of the bargain between the parties. Without limiting the foregoing and except for payment obligations, neither party shall have any liability for any failure or delay resulting from any condition beyond the reasonable control of such party, including but not limited to governmental action or acts of terrorism, earthquake or other acts of God, labor conditions, and power failures.

11.  Payment. You shall receive a payment related to the number of valid clicks on Ads, the number of valid impressions of Ads, the number of valid completions of Referral Events initiated through Referral Buttons displayed in connection with Your Property(ies), and/or other events performed in connection with the display of Ads on Your Property(ies), in each case as determined by Google for its participants in the Program. If You have elected to receive Search Results, this payment will be offset by fees applicable to Search Results. Unless otherwise agreed to by the parties in writing

(including by electronic mail), payments to You shall be sent by Google within approximately thirty (30) days after the end of each calendar month that Ads or Referral Buttons are running on Your Property or that Ads are running on Search Results Pages if Your earned balance is $100 or more. In the event the Agreement is terminated, Google shall pay Your earned balance to You within approximately ninety (90) days after the end of the calendar month in which the Agreement is terminated by You (following Google's receipt of Your written request, including by email, to terminate the Agreement) or by Google. In no event, however, shall Google make payments for any earned balance less than $10. Notwithstanding the foregoing, Google shall not be liable for any payment based on: (a) any amounts which result from invalid queries, invalid Referral Events, or invalid clicks or impressions on Ads generated by any person, bot, automated program or similar device, as reasonably determined by Google, including without limitation through any clicks or impressions (i) originating from Your IP addresses or computers under Your control, (ii) solicited by payment of money, false representation, or request for end users to click on Ads, or (iii) solicited by payment of money, false representation, or any illegal or otherwise invalid request for end users to complete Referral Events; (b) Ads or Referral Buttons delivered to end users whose browsers have JavaScript disabled; (c) Ads benefiting charitable organizations and other placeholder or transparent Ads that Google may deliver; or (d) clicks co-mingled with a significant number of invalid clicks described in (a) above, or as a result of any breach of this Agreement by You for any applicable pay period. Google reserves the right to withhold payment or charge back Your account due to any of the foregoing or any breach of this Agreement by You, pending Google's reasonable investigation of any of the foregoing or any breach of this Agreement by You, or in the event that an advertiser whose Ads are displayed in connection with Your Property(ies) defaults on payment for such Ads to Google. In addition, if You are past due on any payment to Google in connection with any Google program (including without limitation the Google AdWords program), Google reserves the right to withhold payment until all outstanding payments have been made or to offset amounts owed to You in connection with the Program by amounts owed by You to Google. To ensure proper payment, You are solely responsible for providing and maintaining accurate address and other contact information as well as payment information associated with Your account. For U.S. taxpayers, this information includes without limitation a valid U.S. tax identification number and a fully-completed Form W-9. For non-U.S. taxpayers, this information includes without limitation either a signed certification that the taxpayer does not have U.S. Activities (as described on the Google AdSense: Tax Information Page located at https://www.google.com/adsense/taxinfo, or such other URL as Google may provide from time to time) or a fully-completed Form W-8 or other form, which may require a valid U.S. tax identification number, as required by the U.S. tax authorities. Any bank fees related to returned or cancelled checks due to a contact or payment information error or omission may be deducted from the newly issued payment. You agree to pay all applicable taxes or charges imposed by any government entity in connection with Your participation in the Program. Google may change its pricing and/or payment structure at any time. If You dispute any payment made under the Program, You must notify Google in writing within thirty (30) days of any such payment; failure to so notify Google shall result in the waiver by You of any claim relating to any such disputed payment. Payment shall be calculated solely based on records maintained by Google. No other measurements or statistics of any kind shall be accepted by Google or have any effect under this Agreement. The payments made under this Agreement are for use by You only and may not be transferred or in any manner passed on to any third party (i.e., distributed to Properties managed by You that require separate payments) unless

expressly authorized in writing by Google (including by electronic mail). From time to time Google may be holding funds, payments and other amounts due to You in connection with the AdSense Program. You acknowledge and agree that Google may, without further notice to You, contribute to a charitable organization selected by Google all funds, payments and other amounts related to the AdSense Program that are held by Google and that are due to you (if any), but which Google is unable to pay or deliver to You because Your account is Inactive (as defined below). "Inactive" means that, based on Google's records: (a) for a period of two (2) years or more You have not logged into your account or accepted funds, payments or other amounts that Google has attempted to pay or deliver to You, and (b) Google has been unable to reach You, or has not received adequate payment instructions from You, after contacting You at the address shown in Google's records.

12.  Publicity. You agree that Google may use Your name and logo in presentations, marketing materials, customer lists, financial reports, Web site listings of customers, Search Results Pages, and Referral Pages. If You wish to use Google's trade names, trademarks, service marks, logos, domain names, and other distinctive brand features ("Brand Features"), You may do so, so long as such use is in compliance with this Agreement and in compliance with Google's then current Brand Feature use guidelines, and any content contained or referenced therein, which guidelines may be found at the following URL: http://www.google.com/permissions/guidelines.html (or such other URL Google may provide from time to time).

13.  Representations and Warranties. You represent and warrant that (a) all of the information provided by You to Google to enroll in the Program is correct and current; (b) You are the owner of each Property or You are legally authorized to act on behalf of the owner of such Property(ies) for the purposes of this Agreement and the Program; (c) You have all necessary right, power, and authority to enter into this Agreement and to perform the acts required of You hereunder; and (d) You have complied and will continue to comply with all applicable laws, statutes, ordinances, and regulations (including without limitation the CAN-SPAM Act of 2003 and any relevant data protection or privacy laws) in Your performance of any acts hereunder. In addition, to the extent that Your Site is a media player (1) You represent and warrant that You have a valid license to use and distribute such media player (including all content therein, including without limitation any Ads or Ad Units) for the purposes of this Agreement and the Program; and (2) You shall ensure that any media player(s) that constitute the Site shall comply with the terms and conditions set forth herein. You further represent and warrant that each Property and any material displayed therein: (i) comply with all applicable laws, statutes, ordinances, and regulations; (ii) do not breach and have not breached any duty toward or rights of any person or entity including, without limitation, rights of intellectual property, publicity or privacy, or rights or duties under consumer protection, product liability, tort, or contract theories; and (iii) are not pornographic, hate-related or otherwise violent in content.

14.  Your Obligation to Indemnify. You agree to indemnify, defend and hold Google, its agents, affiliates, subsidiaries, directors, officers, employees, and applicable third parties (e.g. relevant advertisers, syndication partners, licensors, licensees, consultants and contractors) (collectively "Indemnified Person(s)") harmless from and against any and all third party claims, liability, loss, and expense (including damage awards, settlement amounts, and reasonable legal fees), brought against any Indemnified Person(s), arising

out of, related to or which may arise from Your use of the Program, the Property(ies), and/or Your breach of any term of this Agreement.

15.  Google Rights. You acknowledge that Google owns all right, title and interest, including without limitation all Intellectual Property Rights (as defined below), in and to the Program (including Google's ad serving technology, search technology, referral technology, and Brand Features, including implied licenses, and excluding items licensed by Google from third parties and excluding any third party media player that may comprise the Property), and that You will not acquire any right, title, or interest in or to the Program except as expressly set forth in this Agreement. You will not modify, adapt, translate, prepare derivative works from, decompile, reverse engineer, disassemble or otherwise attempt to derive source code from any Google services, software, or documentation, or create or attempt to create a substitute or similar service or product through use of or access to the Program or proprietary information related thereto. You will not remove, obscure, or alter Google's copyright notice, Brand Features, or other proprietary rights notices affixed to or contained within any Google services, software, or documentation (including without limitation the display of Google's Brand Features with Ads, Links, Search Boxes, Search Results, and/or Referral Buttons, as applicable). "Intellectual Property Rights" means any and all rights existing from time to time under patent law, copyright law, semiconductor chip protection law, moral rights law, trade secret law, trademark law, unfair competition law, publicity rights law, privacy rights law, and any and all other proprietary rights, as well as, any and all applications, renewals, extensions, restorations and re-instatements thereof, now or hereafter in force and effect worldwide.

16.  Information Rights. Google may retain and use, subject to the terms of the Google Privacy Policy (located at http://www.google.com/privacy.html, or such other URL as Google may provide from time to time), all information You provide, including but not limited to Property demographics and contact and billing information. You agree that Google may transfer and disclose to third parties personally identifiable information about You for the purpose of approving and enabling Your participation in the Program, including to third parties that reside in jurisdictions with less restrictive data laws than Your own. Google may also provide information in response to valid legal process, such as subpoenas, search warrants and court orders, or to establish or exercise its legal rights or defend against legal claims. Google disclaims all responsibility, and will not be liable to You, however, for any disclosure of that information by any such third party. Google may share non-personally-identifiable information about You, including Property URLs, Property-specific statistics and similar information collected by Google, with advertisers, business partners, sponsors, and other third parties. In addition, You grant Google the right to access, index and cache the Property(ies), or any portion thereof, including by automated means including Web spiders or crawlers.

17.  Miscellaneous. This Agreement shall be governed by the laws of California, except for its conflicts of laws principles. Any dispute or claim arising out of or in connection with this Agreement shall be adjudicated in Santa Clara County, California. The parties specifically exclude from application to the Agreement the United Nations Convention on Contracts for the International Sale of Goods and the Uniform Computer Information Transactions Act. This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof. Any modifications to this Agreement must be made in a writing executed by both parties, by Your online acceptance of updated terms, or after Your continued participation in the Program after such terms have been updated

by Google. The failure to require performance of any provision shall not affect a party's right to require performance at any time thereafter, nor shall a waiver of any breach or default of this Agreement constitute a waiver of any subsequent breach or default or a waiver of the provision itself. If any provision herein is held unenforceable, then such provision will be modified to reflect the parties' intention, and the remaining provisions of this Agreement will remain in full force and effect. You may not resell, assign, or transfer any of Your rights hereunder. Any such attempt may result in termination of this Agreement, without liability to Google. Notwithstanding the foregoing, Google may assign this Agreement to any affiliate at any time without notice. The relationship between Google and You is not one of a legal partnership relationship, but is one of independent contractors.

# Google™
AdSense

Search AdSense Help

## AdSense Terms and Conditions

The Terms and Conditions vary according to the country where your billing address is located. Please choose your billing country below to view the appropriate Terms and Conditions.

My billing address is located in: United States

Terms and Conditions:

response to valid legal process, such as subpoenas, search warrants and court orders, or to establish or exercise its legal rights or defend against legal claims. Google disclaims all responsibility, and will not be liable to You, however, for any disclosure of that information by any such third party. Google may share non-personally-identifiable information about You, including Property URLs, Property-specific statistics and similar information collected by Google, with advertisers, business partners, sponsors, and other third parties. In addition, You grant Google the right to access, index and cache the Property(ies), or any portion thereof, including by automated means including Web spiders or crawlers.

17. **Miscellaneous.** This Agreement shall be governed by the laws of California, except for its conflicts of laws principles. Any dispute or claim arising out of or in connection with this Agreement shall be adjudicated in Santa Clara County, California. The parties specifically exclude from application to the Agreement the United Nations Convention on Contracts for the International Sale of Goods and the Uniform Computer Information Transactions Act. This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof. Any modifications to this Agreement must be made in a writing executed by both parties, by Your online acceptance of updated terms, or after Your continued participation in the Program after such terms have been updated by Google. The failure to require performance of any provision shall not affect a party's right to require performance at any time thereafter, nor shall a waiver of any breach or default of this Agreement constitute a waiver of any subsequent breach or default or a waiver of the provision itself. If any provision herein is held unenforceable, then such provision will be modified to reflect the parties' intention, and the remaining provisions of this Agreement will remain in full force and effect. You may not resell, assign, or transfer any of Your rights hereunder. Any such attempt may result in termination of this Agreement, without liability to Google. Notwithstanding the foregoing, Google may assign this Agreement to any affiliate at any time without notice. The relationship between Google and You is not one of a legal partnership relationship, but is one of independent contractors.

2008-02-25

AdSense Blog · AdSense Forum - Privacy Policy - Program Policies

© 2008 Google

# EXHIBIT 7



# EXHIBIT 8



About Us: Attorney and Lawyer List... - Windows Internet Explorer

http://attorneyyellowpages.com/about_us.html

File   Edit   View   Favorites   Tools   Help

About Us: Attorney and Lawyer List.

Page ▾   Tools ▾



# Attorney Yellow Pages.com®
## The Nation's Premier Online Attorney Directory



Home     Advertise With Us

Lawyer or Firm
(Last Name)

Area of Law *
All Areas of Law   ▾

City or ZIP

State *
▾



* Required field

**ABOUT US.** AttorneyYellowPages.com, is a national online directory dedicated to assisting you in your search for an Attorney for getting legal help. Many people don't know where to begin to find a lawyer, especially with the volume of articles and research pertaining to all aspects of legal issues. Your decision can be overwhelming, therefore we make it easy.

Here, at AttorneyYellowPages.com, we make the process simple in getting you legal help. This Free service is provided to anyone, business or individual. We do not screen, select, or contact any attorneys. The selection process is entirely in your control.

Evaluating, selecting, and contacting your lawyer is the first step in resolving your legal matter. We provide a directory of attorneys in your State and area of practice that you need. The process is simple, three easy steps. Select your State, area of law, then select an attorney(s) by clicking on their listing. You will then be linked directly to the law firm's website. Contact any one of our attorneys listed on AttorneyYellowPages.com or have them contact you.

At AttorneyYellowPages.com you can find an attorney, lawyer, legal help in the following areas accident, injury attorney, lawyer, bankruptcy attorney, lawyer, criminal law attorney, lawyer, criminal defense attorney, lawyer, drug charge attorney, lawyer, sex crimes attorney, lawyer, divorce attorney, lawyer, domestic law attorney, lawyer, dui attorney, lawyer, dwi attorney, lawyer, employment attorney, lawyer, labor law attorney, lawyer, estate planning attorney, lawyer, probate attorney, lawyer, wills attorney, lawyer, family law attorney, lawyer, child support attorney, lawyer, custody attorney, lawyer, immigration attorney, lawyer, insurance attorney, lawyer, medical malpractice attorney, lawyer, nursing home attorney, lawyer, elder abuse attorney, lawyer, patent attorney, lawyer, copyright attorney, lawyer, trademark attorney, lawyer, pharmaceutical drug recall attorney, lawyer, real estate attorney, lawyer, social security attorney, lawyer, tax law attorney, lawyer, workers' compensation attorney, lawyer, wrongful death attorney, lawyer.

AttorneyYellowPages.com directory includes law firms that can provide legal services in all fifty states Alabama attorney, lawyer, Alaska attorney, lawyer, Arizona attorney, lawyer, Arkansas attorney, lawyer, California attorney, lawyer, Colorado attorney, lawyer, Connecticut attorney, lawyer, Delaware attorney, lawyer, Florida attorney, lawyer, Georgia attorney, lawyer, Hawaii attorney, lawyer, Idaho attorney, lawyer, Illinois attorney, lawyer, Indiana attorney, lawyer, Iowa attorney, lawyer, Kansas attorney, lawyer, Kentucky attorney, lawyer, Louisiana attorney, lawyer, Maine attorney, lawyer, Maryland attorney, lawyer, Massachusetts attorney, lawyer, Michigan attorney, lawyer, Minnesota attorney, lawyer, Mississippi attorney, lawyer, Montana attorney, lawyer, Nebraska attorney, lawyer, Nevada attorney, lawyer, New Hampshire attorney, lawyer, New Jersey attorney, lawyer, New Mexico attorney, lawyer, New York attorney, lawyer, North Carolina attorney, lawyer, North Dakota attorney, lawyer, Ohio attorney, lawyer, Oklahoma attorney, lawyer, Oregon attorney, lawyer, Pennsylvania attorney, lawyer, Rhode Island attorney, lawyer, South Carolina attorney, lawyer, South Dakota attorney, lawyer, Tennessee attorney, lawyer, Texas attorney, lawyer, Utah attorney, lawyer, Vermont attorney, lawyer, Virginia attorney, lawyer, Washington DC attorney, lawyer, Washington attorney, lawyer, West Virginia attorney, lawyer, Wisconsin attorney, lawyer, Wyoming attorney, lawyer.

We believe that by providing this national organized database of lawyers we can help consumers find an attorney fast and easy to assist you in making a timely decision. Our goal is to provide a source to simplify your search for an attorney.

Home | Advertise With Us | Terms and Conditions | Privacy Policy | Disclaimer | Copyright Notice | About Us | Site Map | Google | Law Schools | Crossword Puzzle | The Law Store | Legal Form Center | LawWeb TV.com | Google Search

attorneyyellowpages.com © 2006 - 2008 AttorneyYellowPages.com, LLC. all rights reserved.
Arizona Web Design: BBB Systems, llc

View Page/Site Info

Done                                                     Internet            100%

# EXHIBIT 9

Advertisement Opportunities: Attorney and Lawyer Directory - Windows Internet Explorer

http://attorneyyellowpages.com/advertise.html

File   Edit   View   Favorites   Tools   Help

Advertisement Opportunities: Attorney and Lawyer Di...

Page ▾ Tools ▾



# Attorney Yellow Pages.com®
## The Nation's Premier Online Attorney Directory



Home     Advertise With Us

**Search For**

Lawyer or Firm
(Last Name)

Area of Law *
All Areas of Law

City or ZIP

State *

* Required field

Search

Google™
Custom Search

**Family Law Attorneys**
Find Local Family Law Attorneys in your area at Superpages.com

**San Francisco Attorney**
Call Our Trial Attorney Today For Tough Defense & Representation.
Ads by Google

## Market Your Firm with The Most Recognized Name in Legal Advertising

- **NO COST-PER-CLICK**
- **NO COST-PER-CALL**
- **NO COST to Click Directly to Your Website**
- **NO Search Engine Placement Bidding Wars**
- **NO More Worries About Click Fraud**
- **NO Client Screening by Web Host**
- **One Affordable FLAT FEE - That's All**

AttorneyYellowPages.com is the only local and national network for attorneys with this distinctive name. The power of the already established Yellow Pages brand and its "walking fingers" logo is providing an aggressive marketing campaign exclusively for attorneys.

AttorneyYellowPages.com reaches more customers who are ready to retain. All attorney members get the benefit of local and national marketing. All of these benefits for a FLAT FEE and NO Cost-Per-Click which can quickly escalate costs with no measurable return-on-investment.

**SIGN UP NOW! PREMIUM PLACEMENTS ARE STILL AVAILABLE!** Don't miss this extremely limited opportunity to get priority placement.

Just send an E-Mail to: Advertise@AttorneyYellowPages.com to join the most recognized and trusted name in legal advertising.

**IMPORTANT NOTICE:** If you have a FREE or paid listing on this Website and you desire to edit or remove the listing for any reason please contact us. Also, at this time we have put a hold on selling paid advertising.

**Ads by Google**

Attorney
Law Firm
A Tax Attorney
Defense Lawyer

Ads by Google

**Alameda County Bar Assoc.**
Need a Lawyer? Get Qualified Legal Representation. Contact Us Now.

**Our Clients Need Lawyers**
Get Legal Cases Emailed Regularly. Call Now To Qualify. 866-686-5342.

**Local Attorney**
Experienced Injury Attorneys in Your Area. Free Consultation!

**Find Attorneys Free.**
Nationwide. Accident/Injury. SSD. Criminal/DUI. WorkComp. Malpractice

**Fight Your California DUI**
Bay Area speciality DUI Law Firm Board Certified. Free consultation

**Get Legal: Find Help**
Legal Information at your Tips Comprehensive. Trusted. Reliable

**Criminal Law Santa Rosa**
See an Expert Criminal Defense Attorney. Call a Skilled Lawyer.
Ads by Google

Home | Advertise With Us | Terms and Conditions | Privacy Policy | Disclaimer | Copyright Notice | About Us | Site Map | Google | Law Schools | Crossword Puzzle | The Law Store | Legal Form Center | LawWeb TV.com | Google Search

BBBONLINE RELIABILITY PROGRAM

attorneyyellowpages.com © 2006 - 2008 AttorneyYellowPages.com, LLC, all rights reserved.      View Page/Site Info
Arizona Web Design: BBB Systems, llc

# EXHIBIT 10

Arizona DUI and Arizona Criminal Defense Attorney in Phoenix, Tempe, Mesa, Scottsda...    Page 1 of 2

**Arizona DUI & Arizona**
**Criminal Defense Attorney**

Call Now: 480-413-1499



## PRACTICE AREAS

» DUI / DWI

» DRUG OFFENSES

» AGGRAVATED ASSAULT & WEAPONS

» DOMESTIC VIOLENCE

» FORGERY / FRAUDULENT SCHEMES

» THEFTS & ROBBERY

» CHILD PORNOGRAPHY

» SEXUAL OFFENSES

» COMPUTER / INTERNET CYBER CRIMES

» PROBATION VIOLATIONS

» ALL FELONIES

» ALL MISDEMEANORS

## ABOUT THE FIRM

James Novak exclusively practices in Arizona DUI and Arizona Criminal Defense. As an experienced Arizona Attorney, James Novak understands how an Arizona DUI or Arizona Criminal charge can affect your employment, your future, and your freedom. That is why your need The Law Office of James Novak, Call NOW **(480) 413-1499** for a FREE consultation from an Attorney.

James Novak is one of the most educated Attorneys in Arizona. Experience and education does matter in understanding your case and providing for a viable defense. He attended the University of Massachusetts and received his baccalaureate Degree from the School of Engineering. This assists in the assimilation and understanding of all matters that relate to all technical issues, such as crime scene investigations and crime lab testing processes, accident reconstructionists, biomechanical engineers and forensic experts. Next, he received his Law Degree from Michigan where he worked as an intern in the County Prosecutor's Office.

His third advanced degree was awarded in Arizona where he received with Distinction a Masters in Counseling/Education. This gave him the physiological tools to assist in reading people in jury trials, jury selection, and depositions. This advanced degree also assists in mitigation hearings as it relates to alcohol, drugs and other addiction issues. His final advanced degree was also awarded from Arizona and is a Masters of Business Administration (MBA). This education gave him the tools to evaluate evidence as it relates to White Collar Crimes, Theft, Employment Crimes, Fraud, Embezzlement, and anything related to business or financial matters. James Novak is qualified to handle any DUI and Criminal matter. There is no barrier to your defense.

The Law Office of James Novak is built on the philosophy of the Client's needs and Defense Comes First. To fulfill his knowledge James Novak is currently or has been a member of the following professional organizations.

- National College For DUI Defense
- Arizona Attorneys For Criminal Justice
- National Association of Criminal Defense Lawyers
- Association of Trial Lawyers of America
- Arizona Trial Lawyers Association
- American Association for Justice
- Federal Bar Association
- Maricopa County Bar Association
- Supreme Court of the United States
- Supreme Court of Arizona
- United States District Court for the District of Arizona
- Former Arizona DUI and Criminal Prosecutor







Arizona DUI and Arizona Criminal Defense Attorney in Phoenix, Tempe, Mesa, Scottsda...   Page 2 of 2

We are here to provide Arizona legal help for your Arizona DUI & Arizona Criminal Defense. Your future and your freedom may be at risk and James Novak has the education, experience, and determination to provide an aggressive, proven & powerful representation.

James Novak will fight to protect your legal rights, your future and your freedom. Call **(480) 413-1499** and ask how James Novak will work for a total acquittal or a reduction of the charges.

**Disclaimer:** The information contained in these pages is to educate and should not be relied on as legal advice. Always consult with a qualified Arizona DUI attorney or Arizona criminal defense lawyer. Read Our Legal Disclaimer.

**The Law Office of James E. Novak, P.L.L.C.**
4500 South Lakeshore Drive, Suite 352 Tempe, Arizona 85282
Phone: **(480) 413-1499**

novakazlaw.com © 2007 - 2008 James E. Novak, all rights reserved.                                    Arizona Web Design: BBB Systems, llc

## Mr. James E Novak

| | |
|---|---|
| **Firm/Organization:** | The Law Office of James E Novak PLLC |
| **Mailing Address:** | 4500 S Lakeshore Dr Suite 352 |
| | Tempe , AZ 85282-7052 |
| **Telephone:** | 480-897-3022 |
| **Fax:** | 480-897-3023 |
| **County:** | Maricopa |
| **Law School:** | THOMAS M. COOLEY |
| **Admitted to Practice:** | 1998 |
| **Admitted to AZ Bar:** | May 16, 1998 |
| **Jurisdiction:** | ARIZONA |
| **Professional Liability Insurance:** | Yes |
| **Status:** | Active |
| **Activity[1]:** | This lawyer currently has no activity. |

1    This Web site displays changes in membership status and disciplinary actions taken against a lawyer. It does not include pending disciplinary proceedings.

This Web site does not display all lawyer sanctions, such as informal reprimands. Contact the State Bar of Arizona at 602-340-7384 or use this automated form to confirm the lawyer's entire record of activity.

[ Print This Page ]     [ Search Again ]

# EXHIBIT 19

Secure checkout with Google

Page 1 of 2

# Google Checkout

Help

Change Language   English (US)

Order Details - James Novak, 480 777-2889, 4500 South Lakeshore Drive, Suite 352, Tempe, AZ 85282 US

| Qty | Item | Price |
|-----|------|-------|
| 1 | Banner - Annual Premier Banner Placement | $1,000.00 |

**Subtotal: $1,000.00**

Shipping and Tax calculated on next page

## Create a Google Account to complete this purchase

**Shop faster with Google Checkout**
Sign up now to buy quickly and easily from stores across the web, and track all your orders in one place.

Your current email address:

Choose a password:

Minimum of 8 characters in length. [?]

Re-enter password:

Location:    United States

Card number:

Expiration date:    mm  /  yyyy    CVC:    What's this?

Cardholder name:

Billing Address:

City/Town    State    Zip [?]

Phone number:

Required for account verification.

My shipping address is:    ● My billing address
                           ○ A different address

I agree to the Terms of Service.

Agree and Continue

You can still make changes to your order on the next page.



**Or sign in**

If you already have a Google Account

Email:

Password:

Sign in and continue

I cannot access my account

# EXHIBIT 20

JAMES NOVAK - LinkedIn                                    http://www.linkedin.com/in/novakazlaw

# JAMES NOVAK

Owner, Law Firm of James Novak

Phoenix, Arizona Area

| | |
|---|---|
| **Current** | • **Owner at Law Firm of James Novak**<br>• **Attorney at law at Law Firm of James Novak (Self-employed)** |
| **Connections** | **1 connection** |
| **Industry** | Law Practice |
| **Websites** | • My Company<br>• My Company<br>• My Company |

---

## JAMES NOVAK's Experience

### Owner
**Law Firm of James Novak**
(Law Practice industry)
Currently holds this position

### Attorney at law
**Law Firm of James Novak (Self-employed)**
(Self-Employed; Law Practice industry)
January 1994 — Present (14 years 6 months)
Arizona DUI & Criminal Defense. FREE CONSULTATION with Attorney, James Novak.
Experience Matters. Former Prosecutor. 100% of practice devoted to DUI & Criminal Defense. Call James Novak
@ (480) 413-1499 for legal help today!

---

## Additional Information

**JAMES NOVAK's Websites:**

My Company
My Company
My Company

---