PERRY IP GROUP A LAW CORPORATION
E. LYNN PERRY (SBN 115165)
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:  415.398.6300
Facsimile:  415.398.6306
Email: lperry@perryip.com

ADVOCATE LAW GROUP P.C.
Gerry H. Goldsholle (SBN 154604)
2330 Marinship Way, Suite 121
PO Box 835
Sausalito, CA 94966-0835
415-331-4350

Attorneys for Plaintiff,
ADVICE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVICE COMPANY, a California corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and DOES 1-10,<br><br>             Defendants. | Case No.: CV 08-01951 (JCS)<br><br>**[Proposed] ORDER DENYING DEFENDANTS' MOTION TO DISMISS OR TRANSFER**<br><br>Hearing Date: July 25, 2008<br>Time:  9:30 a.m.<br>Room:  A<br>Judge: Hon. Joseph C. Spero |

1  The Court, having considered Defendants James Novak's and Attorney Yellow Pages.com,
2  LLC's Motion to Dismiss or Transfer, and Plaintiff Advice Company's opposition thereto, and good
3  cause appearing, Defendants Motion to Dismiss or Transfer is DENIED.
4  IT IS SO ORDERED.

Dated: _____

_____
The Joseph C. Spiro
United States District Court Judge