1  Steven C. Schroer (*pro hac vice*)
   Nicholas T. Peters (*pro hac vice*)
2  Ted S. P. Li (*pro hac vice*)
   FITCH, EVEN, TABIN & FLANNERY
3  120 South LaSalle Street, Suite 1600
   Chicago, IL 60603
4  Telephone: 312-577-7000
   Facsimile: 312-577-7007
5  E-mail: scschr@fitcheven.com
           ntpete@fitcheven.com
6          tli@fitcheven.com

7  Dion N. Cominos (SBN: 136522)
   Mark C. Russell (SBN: 208865)
8  GORDON & REES LLP
   275 Battery Street, Suite 2000
9  San Francisco, CA 94111
   Telephone: 415-986-5900
10 Facsimile: 415-262-3714
   E-mail: dcominos@gordonrees.com
11         mrussell@gordonrees.com

12 Attorneys for Defendants,
   James Novak and Attorney Yellow Pages.com LLC
13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15                        **SAN FRANCISCO DIVISION**

16 ADVICE COMPANY, a California      )
   corporation,                       )  Case No. 3:08-CV-01951-JCS
17         Plaintiff,                 )
           vs.                        )
18                                    )  **STIPULATION AND [PROPOSED]**
   JAMES NOVAK, an individual, and    )  **ORDER EXTENDING BRIEFING**
19 ATTORNEY YELLOW PAGES.COM,         )  **SCHEDULE ON DEFENDANTS'**
   LLC, an Arizona limited liability company, )  **MOTION TO DISMISS OR TRANSFER**
20 and DOES 1-10,                     )
           Defendants.                )
21

22     The Parties hereby stipulate, subject to the Court's approval, that the briefing schedule

23 concerning Defendants' motion to dismiss or transfer, filed on May 5, 2008, will be extended as

24 follows:

25     Defendants' reply brief will be due on July 4, 2008.

26 
   STIPULATION AND [PROPOSED] ORDER                                              1
   Case No. 3:08-CV-0195-JCS

1     There has been one previous extension by stipulation at Plaintiffs' request for additional time to oppose Defendants' motion.

    The reason for this stipulation is that Defendants require additional time to respond to Plaintiff's opposition to Defendants' motion, due to the fact that Plaintiff's opposition includes three declarations and extensive supporting materials which raise new issues. The motion is scheduled for hearing on July 25, 2008, and the reply brief would not be due under this Court's rules until July 11, 2008, but for the terms of the parties' prior stipulation. This stipulation is without prejudice to Defendants' privilege to request additional time to reply, with the Court's permission, or to Plaintiff's privilege to oppose such an application.

    The above requested modification to the schedule will not affect any other dates previously set in this case.

Respectfully submitted,

Dated: June 23, 2008

FITCH, EVEN, TABIN & FLANNERY

By: _____
    Ted S. P. Li

Attorneys for Defendants
JAMES NOVAK and
ATTORNEY YELLOW PAGES.COM

PERRY IP GROUP A LAW CORPORATION

By: _____
    E. Lynn Perry

Attorneys for Plaintiff
ADVICE COMPANY

**[PROPOSED] ORDER**

The Parties have stipulated that Defendants' reply brief will be due on July 4, 2008. Good cause appearing therefore:

IT IS SO ORDERED

Dated:

_____

The Honorable Joseph C. Spero

511827

STIPULATION AND [PROPOSED] ORDER
Case No. 3:08-CV-0195-JCS