1  Steven C. Schroer (*pro hac vice*)
   Nicholas T. Peters (*pro hac vice*)
2  Ted S. P. Li (*pro hac vice*)
   FITCH, EVEN, TABIN & FLANNERY
3  120 South LaSalle Street, Suite 1600
   Chicago, IL 60603
4  Telephone: 312-577-7000
   Facsimile: 312-577-7007
5  E-mail:   scschr@fitcheven.com
             ntpete@fitcheven.com
6            tli@fitcheven.com

7  Dion N. Cominos (SBN: 136522)
   Mark C. Russell (SBN: 208865)
8  GORDON & REES LLP
   275 Battery Street, Suite 2000
9  San Francisco, CA 94111
   Telephone: 415-986-5900
10 Facsimile: 415-262-3714
   E-mail:   dcominos@gordonrees.com
11           mrussell@gordonrees.com

12 Attorneys for Defendants,
   James Novak and Attorney Yellow Pages.com LLC
13

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVICE COMPANY, a California corporation,<br>    Plaintiff,<br>vs.<br>JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and DOES 1-10,<br>    Defendants. | Case No. 3:08-CV-01951-JCS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS OR TRANSFER** |

The Parties hereby stipulate, subject to the Court's approval, that the briefing schedule concerning Defendants' motion to dismiss or transfer, filed on May 5, 2008, will be extended as follows:

Defendants' reply brief will be due on July 4, 2008.

STIPULATION AND [~~PROPOSED~~] ORDER                                                                 1
Case No. 3:08-CV-0195-JCS

1   There has been one previous extension by stipulation at Plaintiffs' request for additional
2   time to oppose Defendants' motion.

3   The reason for this stipulation is that Defendants require additional time to respond to
4   Plaintiff's opposition to Defendants' motion, due to the fact that Plaintiff's opposition includes
5   three declarations and extensive supporting materials which raise new issues. The motion is
6   scheduled for hearing on July 25, 2008, and the reply brief would not be due under this Court's
7   rules until July 11, 2008, but for the terms of the parties' prior stipulation. This stipulation is
8   without prejudice to Defendants' privilege to request additional time to reply, with the Court's
9   permission, or to Plaintiff's privilege to oppose such an application.

10   The above requested modification to the schedule will not affect any other dates
11   previously set in this case.

Respectfully submitted,

Dated: June 23, 2008

FITCH, EVEN, TABIN & FLANNERY

By: _____
    Ted S. P. Li

Attorneys for Defendants
JAMES NOVAK and
ATTORNEY YELLOW PAGES.COM

PERRY IP GROUP A LAW CORPORATION

By: _____
    E. Lynn Perry

Attorneys for Plaintiff
ADVICE COMPANY

STIPULATION AND [PROPOSED] ORDER
Case No. 3:08-CV-0195-JCS

2

1                                  [~~PROPOSED~~] ORDER

2        The Parties have stipulated that Defendants' reply brief will be due on July 4, 2008.

3 Good cause appearing therefore:

4        IT IS SO ORDERED

5 Dated:   June 24, 2008

6                                  _____

7                                  The Honorable Joseph C. Spero

8  511827

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 3:08-CV-0195-JCS

                                                     3