# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 08-01951 JCS

**CASE NAME:** ADVICE COMPANY v. JAMES NOVAK

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: July 25, 2008    **TIME:** 20 mins | **COURT REPORTER**: Kathy Wyatt |
| **COUNSEL FOR PLAINTIFF:**<br>Lynn Edith Perry | **COUNSEL FOR DEFENDANT:**<br>Mark Russell & Ted S.P. Li |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Dfts' Motion to Dismiss or Transfer [Docket No. 9] | Denied without prejudice |
| 2. Initial Case Management Conference | Held. |

**ORDERED AFTER HEARING:**

Parties have until Sept. 19, 2008, to conduct limited discovery on personal jurisdiction and file a renewed Motion to Dismiss on Jurisdiction.

If any deposition on personal jurisdiction of the individual defendant takes place in AZ, the parties will split plaintiff's costs.

The initial cmc set for 8/22/8 at 1:30 p.m., has been vacated.

**ORDER TO BE PREPARED BY:**    () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:**    10/24/8 at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m. ()Jury    ()Court | **Set for** | **days** |

**cc:**    Chambers; Karen
\* (T) = Telephonic Appearance