UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVICE COMPANY,<br><br>        Plaintiff(s),<br><br>  v.<br><br>JAMES NOVAK, ET AL.,<br><br>        Defendant(s). | Case No. C-08-01951 JCS<br><br>**ORDER DENYING IN PART WITHOUT PREJUDICE, AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS OR TRANSFER [Docket No. 9] AND CASE MANAGEMENT AND PRETRIAL ORDER** |

On May 5, 2008, Defendants filed a Motion to Dismiss, or in the alternative, Motion to Transfer (the "Motion").

On July 25, 2008, the Motion came on for hearing. E. Lynn Perry, counsel for Plaintiff, appeared. Mark Russell and Ted S.P. Li, counsel for Defendants, appeared.

For reasons stated on the record, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is DENIED without prejudice, except that the Motion is DENIED with prejudice to the extent that it seeks a transfer of venue under 28 U.S.C. § 1404 (a).

The Court also held an initial case management conference following oral argument on the Motion. IT IS HEREBY FURTHER ORDERED THAT:

1. The parties have until **September 19, 2008,** to conduct limited discovery on personal jurisdiction and file a renewed Motion to Dismiss.

2. If Defendants take the deposition on personal jurisdiction of the individual Defendants it shall take place in Arizona, and the parties will split Plaintiff's costs.

3. The initial case management conference, previously set for August 22, 2008, at 1:30 p.m., has been VACATED.

4. A further case management conference is set for **October 24, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: July 29, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge