Steven C. Schroer (*pro hac vice*)
Nicholas T. Peters (*pro hac vice*)
Ted S. P. Li (*pro hac vice*)
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, IL 60603
Telephone: 312-577-7000
Facsimile: 312-577-7007
E-mail:  scschr@fitcheven.com
         ntpete@fitcheven.com
         tli@fitcheven.com

Dion N. Cominos (SBN: 136522)
Mark C. Russell (SBN: 208865)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-986-5900
Facsimile: 415-262-3714
E-mail: dcominos@gordonrees.com
        mrussell@gordonrees.com

Attorneys for Defendants,
James Novak and Attorney Yellow Pages.com LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVICE COMPANY, a California corporation, <br>     Plaintiff, <br> vs. <br> JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and DOES 1-10, <br>     Defendants. | Case No. 3:08-CV-01951-JCS <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING RULE 26(f) AND ADR DEADLINES** |

On July 29, 2008, the Court ordered that the parties have until September 19, 2008, to conduct limited discovery on personal jurisdiction and file a renewed Motion to Dismiss.

The Court also vacated the initial case management conference, previously set for August 22, 2008, at 1:30 p.m.

The Court further set a case management conference for October 24, 2008, at 1:30 p.m.

STIPULATION AND [PROPOSED] ORDER
Case No. 3:08-CV-0195-JCS

1

1  In light of the above and subject to the Court's approval, the parties stipulate that they
2  will meet and confer pursuant to FRCP 26(f) and ADR L.R. 3-5, and file their joint ADR
3  Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference,
4  no later than October 6, 2008, and the parties will complete initial disclosures and file their
5  Rule 26(f) Report and Case Management Statement no later than October 17, 2008.  This
6  stipulation is without prejudice to each party's privilege to request additional extensions of
7  these dates, with the Court's permission, should Defendants' exercise their option to file a
8  renewed Motion to Dismiss.

9

10                                    Respectfully submitted,

11  Dated: August 4, 2008             FITCH, EVEN, TABIN & FLANNERY

12
                                      By:      /s Ted S. P. Li
13                                                  Ted S. P. Li

14                                    Attorneys for Defendants
                                      JAMES NOVAK and
15                                    ATTORNEY YELLOW PAGES.COM

16
                                      PERRY IP GROUP A LAW CORPORATION
17

18                                    By: _____
                                                  E. Lynn Perry
19
                                      Attorneys for Plaintiff
20                                    ADVICE COMPANY

21

22

23  515088

24

25

26

STIPULATION AND [PROPOSED] ORDER                                                              2
Case No. 3:08-CV-0195-JCS

## [PROPOSED] ORDER

The Parties have stipulated that they will meet and confer pursuant to FRCP 26(f) and ADR L.R. 3-5, and file their joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference, no later than October 6, 2008, and the parties will complete initial disclosures and file their Rule 26(f) Report and Case Management Statement no later than October 17, 2008.

Good cause appearing therefore:

    IT IS SO ORDERED

Dated:

_____
The Honorable Joseph C. Spero

STIPULATION AND [PROPOSED] ORDER
Case No. 3:08-CV-0195-JCS

3