1  Steven C. Schroer (*pro hac vice*)
   Nicholas T. Peters (*pro hac vice*)
2  Ted S. P. Li (*pro hac vice*)
   FITCH, EVEN, TABIN & FLANNERY
3  120 South LaSalle Street, Suite 1600
   Chicago, IL 60603
4  Telephone: 312-577-7000
   Facsimile: 312-577-7007
5  E-mail:  scschr@fitcheven.com
            ntpete@fitcheven.com
6           tli@fitcheven.com

7  Dion N. Cominos (SBN: 136522)
   Mark C. Russell (SBN: 208865)
8  GORDON & REES LLP
   275 Battery Street, Suite 2000
9  San Francisco, CA 94111
   Telephone:  415-986-5900
10 Facsimile:  415-262-3714
   E-mail:  dcominos@gordonrees.com
11          mrussell@gordonrees.com

12 Attorneys for Defendants,
   James Novak and Attorney Yellow Pages.com LLC
13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15                       SAN FRANCISCO DIVISION

16 ADVICE COMPANY, a California         )
   corporation,                         ) Case No. 3:08-CV-01951-JCS
17         Plaintiff,                   )
        vs.                             )
18                                      ) STIPULATION AND [PROPOSED]
   JAMES NOVAK, an individual, and      ) ORDER EXTENDING RULE 26(f) AND
19 ATTORNEY YELLOW PAGES.COM,           ) ADR DEADLINES
   LLC, an Arizona limited liability company, )
20 and DOES 1-10,                       )
           Defendants.                  )
21

22      On July 29, 2008, the Court ordered that the parties have until September 19, 2008, to

23 conduct limited discovery on personal jurisdiction and file a renewed Motion to Dismiss.

24      The Court also vacated the initial case management conference, previously set for

25 August 22, 2008, at 1:30 p.m.

26      The Court further set a case management conference for October 24, 2008, at 1:30 p.m.

STIPULATION AND [PROPOSED] ORDER                                                           1
Case No. 3:08-CV-0195-JCS

1   In light of the above and subject to the Court's approval, the parties stipulate that they
2   will meet and confer pursuant to FRCP 26(f) and ADR L.R. 3-5, and file their joint ADR
3   Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference,
4   no later than October 6, 2008, and the parties will complete initial disclosures and file their
5   Rule 26(f) Report and Case Management Statement no later than October 17, 2008. This
6   stipulation is without prejudice to each party's privilege to request additional extensions of
7   these dates, with the Court's permission, should Defendants' exercise their option to file a
8   renewed Motion to Dismiss.

9

10                                          Respectfully submitted,

11   Dated: August 4, 2008                  FITCH, EVEN, TABIN & FLANNERY

12
                                            By:      /s Ted S. P. Li
13                                                      Ted S. P. Li

14                                          Attorneys for Defendants
                                            JAMES NOVAK and
15                                          ATTORNEY YELLOW PAGES.COM

16
                                            PERRY IP GROUP A LAW CORPORATION
17

18                                          By: _____
                                                       E. Lynn Perry
19
                                            Attorneys for Plaintiff
20                                          ADVICE COMPANY

21

22

23   515088

24

25

26
STIPULATION AND [~~PROPOSED~~] ORDER                                                            2
Case No. 3:08-CV-0195-JCS

**[PROPOSED] ORDER**

The Parties have stipulated that they will meet and confer pursuant to FRCP 26(f) and ADR L.R. 3-5, and file their joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference, no later than October 6, 2008, and the parties will complete initial disclosures and file their Rule 26(f) Report and Case Management Statement no later than October 17, 2008.

Good cause appearing therefore:

IT IS SO ORDERED

Dated:   August 5, 2008

_____

The Honorable Joseph C. Spero