Dion N. Cominos (SBN: 136522)
Mark C. Russell (SBN: 208865)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415-986-5900
Facsimile:  415-262-3714
E-mail:  dcominos@gordonrees.com
         mrussell@gordonrees.com

*Attorneys for Defendants,*
*James Novak and Attorney Yellow Pages.com LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVICE COMPANY, a California corporation, | Case No. 3:08-CV-01951-JCS |
| Plaintiff, | |
| vs. | **WITHDRAWAL OF COUNSEL** |
| JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and DOES 1-10, | |
| Defendants. | |

TO THE UNITED STATES DISTRICT COURT AND TO THE PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Steven C. Schroer, Nicholas T. Peters, and Ted S. P. Li of FITCH, EVEN, TABIN & FLANNERY are hereby withdrawing as counsel of record for Defendants James Novak and Attorney Yellow Page.com LLC.

GORDON & REES LLP will remain counsel of record for these Defendants.

Respectfully submitted,

Dated: September 10, 2008

s/   Ted S. P. Li
Steven C. Schroer (*pro hac vice*)
Nicholas T. Peters (*pro hac vice*)
Ted S. P. Li (*pro hac vice*)
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, IL  60603
Telephone:  312-577-7000
Facsimile:  312-577-7000

Dated: September 10, 2008

s/   Mark C. Russell
Dion N. Cominos
Mark C. Russell
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-986-5900
Facsimile: 415-262-3714

*Attorneys for Defendants,*
*James Novak and Attorney Yellow Pages.com*

**ORDER**

IT IS SO ORDERED.

Dated: ____9/11/08_____

IT IS SO ORDERED
Judge Joseph C. Spero

517279

-2-