PERRY IP GROUP A LAW CORPORATION
E. Lynn Perry (SBN 115165)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 398-6300
Facsimile: (415) 398-6306
Email: lperry@perryip.com

ADVOCATE LAW GROUP P.C.
Gerry H. Goldsholle (SBN 154604)
2330 Marinship Way, Suite 121
P.O. Box 835
Sausalito, California 94966
Telephone: (415) 331-4350

Attorneys for Plaintiff
ADVICE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVICE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited libility company, and DOES 1-10,<br><br>Defendants. | Case No. CV 08 1951 JCS<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING RULE 26 (f) AND ADR DEADLINES |

On July 29, 2008, the Court ordered that the parties have until September 19, 2008 to conduct limited discovery on personal jurisdiction and for the Defendants to file a renewed Motion to Dismiss. The motion was filed, and the renewed Motion is scheduled to be heard on November 24, 2008. In accordance with instructions from the Court issued prior to the discovery cut-off date, the

parties also plan to file a joint letter to the Court with regard to issues regarding production of documents by Defendants and documents subpoenaed by Plaintiff from BBB Systems LLC.

By Stipulation dated August 4, 2008, the parties agreed to meet and confer pursuant to FRCP 26(f) and file their joint ADR Certification no later than October 6, 2008, and further stipulated to file their Rule 26(f) Report and Case Management Statement no later than October 17, 2008. By order dated August 5, 2008, Judge Spero signed the Order Extending Rule 26(f) and ADR Deadlines. The Court vacated the initial case management conference, previously set for August 22, 2008 and set a case management conference for October 31, 2008.

In light of the November 14, 2008 hearing on the renewed Motion to Dismiss and subject to the Court's approval, the parties hereby stipulate that they will meet and confer pursuant to FRCP 26(f) and ADR L.R. 3-5, and file their joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference, no later than December 10, 2008, and the parties will complete initial disclosures and file their rule 26(f) Report and Case Management Statement no later than January 6, 2008. The parties also request the Court set a Case Management Conference on January 16, 2008. This stipulation is without prejudice to each party's privilege to request additional extensions of these dates, with the Court's permission.

Dated: October 6, 2008

Respectfully submitted,

PERRY IP GROUP A LAW CORPORATION

By: /s/ E. Lynn Perry

Attorneys for Plaintiff
ADVICE COMPANY

GORDON & REES LLP

By: /s/ Mark Russell

Attorneys for Defendants
JAMES NOVAK and
ATTORNEY YELLOW PAGES.COM

1                              ~~[PROPOSED]~~ **ORDER**

2          The Parties have stipulated that they will meet and confer pursuant to FRCP 26(f) and ADR

3 L.R. 3-5, and file their joint ADR Certification with Stipulation to ADR Process or Notice of Need

4 for ADR Phone Conference, no later than December 10, 2008, and will complete initial disclosures

5 and file their rule 26(f) Report and Case Management Statement no later than January 6, 2008. The

6 parties have also stipulated to set the Case Management Conference on January 16, 2008.

7          Good cause appearing therefor, the foregoing scheduling dates are hereby scheduled as

8 stipulated by the parties.

9          IT IS SO ORDERED.

10 Dated: October 10, 2008

                                                   The Honorable Joseph C. Spero

---

STIPULATION AND ~~[PROPOSED]~~ ORDER                                            CASE NO. CV 08 1951 JCS
EXTENDING RULE 26(f) AND ADR DEADLINES