DION N. COMINOS (SBN: 136522)
dcominos@gordonrees.com
MARK C. RUSSELL (SBN: 208865)
mrussell@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
JAMES NOVAK and
ATTORNEY YELLOW PAGES.COM LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVICE COMPANY, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and DOES 1-10,<br><br>　　　　　　Defendants. | CASE NO. **3:08-cv-01951-JCS**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE RE: DEFENDANTS' RENEWED MOTION TO DISMISS**<br><br>Date:　January 9, 2009<br>Time:　9:30 a.m.<br>Room:　A<br>Judge:　Hon. Joseph C. Spero<br><br>Complaint Filed:　April 11, 2008 |

WHEREBY Defendants NOVAK and ATTORNEY YELLOW PAGES.COM, LLC ("Defendants") have filed a Renewed Motion for Dismissal set for hearing on January 9, 2009.

WHEREBY the Court previously ordered a briefing scheduled requiring Plaintiff to file its Opposition brief by November 21, 2008 and Defendants to file their Reply by December 5, 2008 for the January 9, 2009 hearing.

WHEREBY the parties have commenced discussions on whether a coexistence agreement can resolve all the disputes that form Plaintiff's complaint.

-1-

WHEREBY the parties have agreed to extend the filing dates of Plaintiff's Opposition to December 15, 2008 and Defendants' Reply until December 24, 2008 so that the parties have sufficient time to negotiate the details of the possible coexistence agreement.

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys of record for the parties who have appeared in this action that the briefing schedule on the Defendants' Renewed Motion to Dismiss be extended as follows:

- Plaintiff's Opposition is due by December 15, 2008.
- Defendants' Reply is due by December 24, 2008.
* Hearing moved to January 16, 2009 at 9:30 a.m.   /s/JCS

Dated: November 12, 2008                    GORDON & REES LLP

                                            /s/ Mark C. Russell
                                        By: _____
                                            MARK C. RUSSELL
                                            Attorneys for Defendants
                                            JAMES NOVAK and
                                            ATTORNEY YELLOW PAGES.COM
                                            LLC

Dated: November 12, 2008                    ADVOCATE LAW GROUP, PC

                                            /s/ Gerry H. Goldsholle
                                        By: _____
                                            GERRY H. GOLDSHOLLE
                                            Attorneys for Plaintiff
                                            ADVICE COMPANY

**[PROPOSED] ORDER**

The parties having stipulated to extend the briefing schedule on Defendants' Renewed Motion to Dismiss with Plaintiff's Opposition due by December 15, 2008, and Defendants' Reply due by December 24, 2008, and good cause appearing therefore,

IT IS SO ORDERED.; and hearing continued to January 16, 2009 at 9:30 a.m.

Dated: ___November 14___, 2008    _____
The Honorable Joseph C. Spero



STIPULATION AND [PROPOSED] ORDER RE:
RENEWED MOTION TO DISMISS                               CASE NO. 3:08-cv-01951-JCS

-3-