```
 1  DION N. COMINOS (SBN: 136522)
     dcominos@gordonrees.com
 2  MARK C. RUSSELL (SBN: 208865)
     mrussell@gordonrees.com
 3  GORDON & REES LLP
    Embarcadero Center West
 4  275 Battery Street, Suite 2000
    San Francisco, CA  94111
 5  Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
 6
    Attorneys for Defendants
 7  JAMES NOVAK and
    ATTORNEY YELLOW PAGES.COM LLC
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVICE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and DOES 1-10,<br><br>Defendants. | CASE NO. **3:08-cv-01951-JCS**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING RULE 26(f) AND ADR DEADLINES**<br><br>Complaint Filed:   April 11, 2008 |

On July 29, 2008, the Court ordered that the parties have until September 19, 2008 to conduct limited discovery on personal jurisdiction and for the Defendants to file a renewed Motion to Dismiss. The motion was filed, and the renewed Motion is scheduled to be heard on January 9, 2009.

By Stipulation dated October 6, 2008, the parties agreed to meet and confer pursuant to FRCP 26(f) and file their joint ADR Certification no later than December 10, 2008, and further stipulated to file their Rule 26(f) Report and Case Management Statement no later than January 6, 2009. By order dated October 10, 2008, Judge Spero signed the Order Extending Rule

-1-

26(f) and ADR Deadlines. The Court vacated the initial case management conference, previously set for October 31, 2008, and set a case management conference for January 16, 2009.

In light of the January 6, 2009 hearing on the renewed Motion to Dismiss and subject to the Court's approval, the parties hereby stipulate that they will meet and confer pursuant to FRCP 26(f) and ADR L.R. 3-5, and file their joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference, no later than January 26, 2009, and the parties will complete initial disclosures and file their Rule 26(f) Report and Case Management Statement no later than March 5, 2009. The parties also request the Court set a Case Management Conference on March 20, 2009. This stipulation is without prejudice to each party's privilege to request additional extensions of these dates, with the Court's permission.

Respectfully submitted,

Dated: November 14, 2008  GORDON & REES LLP

By: /s/ Mark C. Russell
MARK C. RUSSELL
Attorneys for Defendants
JAMES NOVAK and
ATTORNEY YELLOW PAGES.COM LLC

Dated: November 14, 2008  ADVOCATE LAW GROUP, PC

By: /s/ Gerry H. Goldsholle
GERRY H. GOLDSHOLLE
Attorneys for Plaintiff
ADVICE COMPANY

-2-

STIPULATION AND [PROPOSED] ORDER
EXTENDING RULE 26(F) AND ADR DEADLINES                CASE NO. 3:08-cv-01951-JCS

**[PROPOSED] ORDER**

The parties have stipulated that they will meet and confer pursuant to FRCP 26(f) and ADR L.R. 3-5, and file their Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference, no later than January 26, 2009, and will complete initial disclosures and file their Rule 26(f) Report and Case Management Statement no later than March 5, 2009. The parties have also stipulated to set the Case Management Conference on March 20, 2009.

Good cause appearing therefore, the foregoing scheduling dates are hereby scheduled as stipulated by the parties.

IT IS SO ORDERED.

Dated: ___November 17___, 2008      _____

The Hon. _____
Judge Joseph C. Spero

-3-

STIPULATION AND [PROPOSED] ORDER
EXTENDING RULE 26(F) AND ADR DEADLINES                    CASE NO. 3:08-cv-01951-JCS