Jan 08 2009 2:57PM Advice Co. 4158314350 p.1
Case3:08-cv-01951-JCS Document67 Filed 01/08/2009 Page 1 of 2
Case 3:08-cv-01951-JCS Document 67 Filed 01/08/2009 Page 1 of 2

ADVOCATE LAW GROUP P.C.
Gerry H. Goldsholle (SBN 154604)
2330 Marinship Way, Suite 121
PO Box 835
Sausalito, CA 94966-0835
415-331-4350

Attorneys for Plaintiff,
ADVICE COMPANY

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVICE COMPANY, a California corporation, | Case No.: CV 08-01951 (JCS) |
| Plaintiff, | **WITHDRAWAL OF COUNSEL** |
| v. | |
| JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC, an Arizona limited liability company, and DOES 1-10, | |
| Defendants. | |

TO THE UNITED STATES DISTRICT COURT AND TO THE PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that E. Lynn Perry of PERRY IP GROUP A LAW CORPORATION is hereby withdrawing as counsel of record for Plaintiff Advice Co.

ADVOCATE LAW GROUP P.C. will remain counsel of record for Plaintiff.

Respectfully submitted,

Dated: January 8, 2009

_____
E. Lynn Perry
PERRY IP GROUP A LAW CORPORATION
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:  415.398.6300
Facsimile:  415.398.6306
Email: lperry@perryip.com

Dated: January 8, 2009

_____
Gerry H. Goldsholle
ADVOCATE LAW GROUP P.C.
2330 Marinship Way, Suite 121
PO Box 835
Sausalito, CA 94966-0835
415-331-4350
*Attorneys for Plaintiff,*
*Advice Company*

**ORDER**

IT IS SO ORDERED.

Dated: Jan. 9, 2009

Dated: _____
The Honorable Joseph C. Spero

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]

-1-
WITHDRAWAL OF COUNSEL
Case No. CV 08-1951 (JCS)